IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIE L. STEPANIAN, et vir.<br>2 Bernard Road<br>Wellesley, MA  02481 | * * | |
| Plaintiffs | * | |
| v. | * | Case No.:<br>Judge: |
| BRISTOL-MYERS SQUIBB COMPANY<br>a successor of E.R. SQUIBB & SONS, INC.<br>P.O. Box 4500<br>Princeton, NJ  08543 | * * * | |
| Defendant | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Columbia:

**PLEASE TAKE NOTICE** that pursuant to the provisions of 28 U.S.C. §§1332, 1441 and 1446, Defendant, Bristol-Myers Squibb Company, hereby removes to this Court the action described below and states as follows:

1.     On December 21, 2005, Plaintiffs, Julie L. Stepanian and Paul Stepanian, commenced an action against this Defendant in the Superior Court for the District of Columbia, Civil Division, Civil Action No.: 05-CA-0009700, by filing a Complaint for damages (Complaint).  The United States District Court for the District of Columbia is a district embracing the place where the action is pending.  28 U.S.C. §88.  A copy of the Complaint and Initial Order are attached as Exhibit A.

2. Defendant, Bristol-Myers Squibb Company, received service of process on December 27, 2005. A copy of the Summons and Service of Process Transmittal Form are attached as Exhibit B.

3. A copy of the Complaint, as well as a copy of all process, pleadings and orders served to-date are attached hereto as Exhibits A and B.

4. The Notice of Removal is filed within thirty (30) days of the first date upon which any Defendant to this action was served with a Summons and a copy of the Complaint. *See* 28 U.S.C. §1446(b).

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332, and the action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441(b) because it is a civil action between citizens of different states in which the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

6. Based on the information contained in the Complaint, the Plaintiffs were at the time of the commencement of the action and are at the time of filing this Notice of Removal, residents and domiciliaries of the Commonwealth of Massachusetts. *See* Complaint at p. 1.

7. Defendant, Bristol-Myers Squibb Company, was at the time of the commencement of the action and is now at the time of filing the Notice of Removal a Delaware corporation, with its principal place of business in the State of New York.

8. A review of the Complaint demonstrates that the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs. Plaintiff, Julie L. Stepanian, claims $2 million in compensatory damages and $2 million in punitive

damages.  Plaintiff, Paul Stepanian, claims $500,000.00 in compensatory damages and $500,000.00 in punitive damages.  *See* Complaint at p.5.

9. Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. §1441(b) because no Defendant is a citizen of the District of Columbia.

10. A true and correct copy of this Notice of Removal will be served upon counsel for the Plaintiffs and filed with the Superior Court for the District of Columbia, Civil Division, promptly after filing this Notice of Removal as required by 28 U.S.C. §1446(d).

11. Bristol-Myers Squibb Company is the only Defendant in this action. Therefore, there are no other Defendants from which consent is needed for the Notice of Removal to be filed.  *See* Complaint at p. 1.

**WHEREFORE**, Bristol-Myers Squibb Company, hereby removes the action now pending against it in the Superior Court for the District of Columbia (Civil Action No. 05-CA-009700) to the United States District Court for the District of Columbia.

    Respectfully submitted,

_____
Sidney G. Leech (D.C. Bar No. 359071)
Malcolm S. Brisker
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
***Attorneys for Defendant,
Bristol-Myers Squibb Company***

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this _____ day of January, 2006, a copy of the foregoing Notice of Removal was mailed via first-class mail, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

_____
Sidney G. Leech