## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| JULIE L. STEPANIAN and PAUL STEPANIAN | * |
| Plaintiffs | * |
| v. | *    C.A. No.: 05-CA-0009700 <br> Judge: Judith E. Retchin |
| BRISTOL-MYERS SQUIBB COMPANY | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

### ACKNOWLEDGMENT OF FILING THE NOTICE OF REMOVAL

Clerk of the Superior Court of the District of Columbia hereby acknowledges receipt of a copy of the Notice of Removal, removing this action from the Superior Court for the District of Columbia, Civil Division, to the United States District Court for the District of Columbia, dated this _____ day of January, 2006.

_____
Clerk
Superior Court for the District of Columbia