## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| JULIE L. STEPANIAN and PAUL STEPANIAN | * |
| | * |
| Plaintiffs | |
| | *   C.A. No.: 05-CA-0009700 |
| v. | Judge: Judith E. Retchin |
| | * |
| BRISTOL-MYERS SQUIBB COMPANY | |
| | * |
| Defendant | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 6th day of January, 2006, Defendant, Bristol-Myers Squibb Company, filed in the United States District Court for the District of Columbia, its Notice of Removal of this action to the United States District Court. A copy of this Notice of Removal is attached.

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §1446(d), this Notice is provided to the District of Columbia Superior Court, Civil Division, to effect removal, and the Superior Court shall proceed no further unless and until the case is remanded.

Respectfully submitted,

_____
Sidney G. Leech
D.C. Bar No. 359071
Malcolm S. Brisker
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
***Attorneys for Defendant,
Bristol-Myers Squibb Company***

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2006, a copy of the foregoing Notice of Filing Notice of Removal was mailed via first-class mail, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

    
                              Sidney G. Leech