IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JULIE L. STEPANIAN, et al.,** ] <br> ] <br> **Plaintiffs,** ] <br> ] <br> v. ] <br> ] <br> **BRISTOL-MYERS SQUIBB COMPANY,** ] <br> ] <br> **Defendant.** ] | Civil Action No.: 06-00015 (JDB) <br> Next Event: |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs JULIE L. STEPANIAN and PAUL STEPANIAN in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Brandon J. Levine
BRANDON J. LEVINE, #412130
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046