**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JULIE L. STEPANIAN, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 06-00015 (JDB) |
| ] | Next Event: |
| **BRISTOL-MYERS SQUIBB COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs JULIE L. STEPANIAN and PAUL STEPANIAN in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Renee L. Robinson-Meyer
RENEE L. ROBINSON-MEYER, #455375
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046