UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JULIE L. STEPANIAN, et al.,

       Plaintiff,

       v.                                                                    Civil Action No.  06-0015 (JDB)

BRISTOL-MYERS SQUIBB CO.,

       Defendant.

### ORDER FOR INITIAL SCHEDULING CONFERENCE

It is hereby **ORDERED** that the initial scheduling conference in this matter is set for April 24, 2006 at 9:00 a.m.  Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure, and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference.  Counsel also may include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter. See L. Civ. R. 5.1(b). The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

**SO ORDERED.**

      /s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated:   April 4, 2006


*Copies to*:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com

Brandon J. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com

Renee Lynne Robinson-Meyer
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com

Steven Jay Lewis
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com
    *Counsel for plaintiffs*

**Sidney G. Leech**
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD 21202
(410) 783-4017
Fax: (410) 783-4040
Email: sgl@gdldlaw.com
    *Counsel for defendant*