IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JULIE L. STEPANIAN, et al.** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 06-0015 (JDB) |
| ] | Next Event: Initial Scheduling Conference |
| **BRISTOL-MYERS SQUIBB COMPANY,** ] | on April 24, 2006 at 9:00 a.m. |
| ] | |
| **Defendant.** ] | |

### [PROPOSED] SCHEDULING ORDER

The parties propose the following schedule:

July 24, 2006:   Deadline for serving Discovery Requests.

August 23, 2006:   Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

September 25, 2006:   Deadline for defendants to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

December 22, 2006:   All Discovery closed. The parties agree that experts may be deposed until the close of discovery.

January 17, 2007:   Deadline for Filing Dispositive Motions.

March 2007:   Pre-Trial Conference.

DATED: _____      _____
JOHN D. BATES
United State District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | GOODELL, DEVRIES, LEECH & DANN, LLP |
| /s/ Aaron M. Levine | /s/ Sidney G. Leech (by permission-rm) |
| AARON M. LEVINE, #7864 | SIDNEY G. LEECH, #359071 |
| 1320 19th Street, N.W., Suite 500 | One South Street, 20th Floor |
| Washington, DC  20036 | Baltimore, MD  21202 |
| 202-833-8040 | 410-783-4000 |
| Counsel for Plaintiffs | Counsel for Defendant Bristol-Myers Squibb Company |

Dated: April 12, 2006