UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JULIE L. STEPANIAN, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-0015 (JDB) |
| **BRISTOL-MYERS SQUIBB CO.,** | ) ) ) | |
| Defendant. | ) ) | |

**SCHEDULING ORDER**

Pursuant to the Initial Scheduling Conference with the Court on April 24, 2006, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1. Plaintiffs must designate experts and provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2) by not later than August 23, 2006, and defendant must do so by not later than September 25, 2006. The parties must make all expert witnesses available for depositions and, prior to the depositions, must exchange the relevant expert reports. At the request of the parties, the requirement that a list of cases in which an expert witness has testified at trial or by deposition within the preceding four years be provided under Fed. R. Civ. P. 26(a)(2)(B) is dispensed with, except that the expert witness must provide this list at the time of his or her deposition.

2. Initial disclosures under Fed. R. Civ. P. 26(a)(1) are hereby dispensed with at the

       request of the parties.

3. All discovery, including depositions of expert witnesses, shall be completed by not later than December 22, 2006.

4. Dispositive motions are due by not later than January 17, 2007.  Oppositions shall be submitted by not later than January 29, 2007, with replies (if any) due by not later than February 5, 2007.

5. Each party is limited to twenty-five (25) interrogatories.  The number of non-expert depositions is hereby limited to ten (10).  All discovery requests must be served by not later than July 24, 2006.

6. The parties shall appear for a status conference on December 1, 2006 at 9:00 a.m.

7. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

                                                /s/   John D. Bates
                                                    John D. Bates
                                            United States District Judge

Dated:   April 25, 2006

*Copies to:*

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, P.A.
1320 19th Street, NW
Suite 500
Washington, DC 20036

2

(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com

Brandon J. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: levbran@aol.com

Renee Lynne Robinson-Meyer
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: aaronlevinelaw@aol.com

Steven Jay Lewis
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040
Fax: (202) 833-8046
Email: slewis@aaronlevinelaw.com

  *Counsel for plaintiffs*

Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
Suite 2000
Baltimore, MD 21202
(410) 783-4017
Fax: (410) 783-4040
Email: sgl@gdldlaw.com

  *Counsel for defendant*