IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JULIE L. STEPANIAN, et vir.      *

         Plaintiffs        *

v.                          *      Case No.:  06-CV-00015 (JDB)
                                   Judge:  John D. Bates

BRISTOL-MYERS SQUIBB COMPANY  *

         Defendant        *

        *     *     *     *     *     *     *     *     *

## DEFENDANT'S 26(a)(2) STATEMENT

Bristol-Myers Squibb Company, Defendant, by its attorneys, Sidney G. Leech, Malcolm S. Brisker and Goodell, DeVries, Leech & Dann, LLP, submits, pursuant to this Court's Scheduling Order, the statements of the following experts who may be called as witnesses at the trial of this case:

> 1.     Dr. Karin Michels, Sc.D., Ph.D.
> Obstetrics & Gynecology Epidemiology Center
> 221 Longwood Avenue
> Boston, Massachusetts 02115

Dr. Michels is an Associate Professor of Obstetrics, Gynecology and Reproductive Biology at Harvard Medical School, and an Associate Professor in the Department of Epidemiology at the Harvard School of Public Health. She is also a Clinical Epidemiologist in the Department of Obstetrics, Gynecology and Reproductive Biology at the Brigham & Women's Hospital in Boston, Massachusetts. Dr. Michels has a Doctorate in Epidemiology from the Harvard School of Public Health and a Doctorate in Biostatistics from Cambridge University. Dr. Michels has particular expertise in perinatal exposures as they affect long term health and disease. Dr. Michels has co-

authored a number of contributions to the public medical and scientific literature in the field of Epidemiology and Public Health.  A copy of Dr. Michels' curriculum vitae is attached hereto as "Exhibit A" and incorporated herein by reference.

Dr. Michels has reviewed the published medical literature concerning reports of a possible relation between maternal exposure to DES during pregnancy and infertility or other adverse pregnancy outcomes in the female offspring of women who received the drug during pregnancy.

Although there exists published reports in the medical literature, suggesting that DES exposure may be associated with an increased risk of adverse pregnancy outcomes, these reports are limited by potential misclassification and selection bias, as well as possible confounding which renders them uninterpretable.  Epidemiologic studies that yield valid data have not been published in the medical literature and, to the best of Dr. Michels' knowledge, have not been conducted.

The science of epidemiology cannot establish a direct causal relation, either in an individual case or even as a more general proposition.  Epidemiology involves the assessment of probabilities, largely as a statistical likelihood.  At most, epidemiologic studies, if they are free of misclassification, confounding and other biases, may be suggestive of a causal relation in populations.  Epidemiologic studies alone are not sufficient, however, to establish even general causation and can never be used to establish a specific cause and effect relation in any individual case.  In the particular case of DES, the published reports are not sufficient even to establish a valid association between DES exposure and reproductive difficulties, let alone to establish causation of such problems by DES.

2

Dr. Michels may also testify in rebuttal to the testimony of Plaintiff's experts.

2.     Stephen G. Somkuti, M.D., Ph.D.
          1245 Highland Avenue, Suite 404
          Abington, Pennsylvania 19001-3775

Dr. Somkuti is the Director of the Toll Center for Reproductive Sciences and Clinical Assistant Professor of Obstetrics and Gynecology at Jefferson Medical College. Dr. Somkuti also maintains a private practice of Obstetrics and Gynecology and of Reproductive Endocrinology with Abington Reproductive Medicine, P.C.

Dr. Somkuti is an expert in the field of Obstetrics, Gynecology and Reproductive Endocrinology. Dr. Somkuti is a board-certified Obstetrician and Gynecologist with a subspecialty certified in Reproductive Endocrinology, with over thirteen years of experience, having treated thousands of patients with infertility, including those with DES exposure. Dr. Somkuti has lectured extensively on recurrent miscarriage and has recently authored a review textbook on Obstetrics and Gynecology.

Dr. Somkuti will testify to a reasonable degree of medical probability that Plaintiff's prior infertility was not causally related to her *in utero* exposure to DES, but was more likely caused by other etiologies. Dr. Somkuti may also testify in rebuttal to the testimony of Plaintiffs' experts.

A copy of Dr. Somkuti's curriculum vitae is attached as "Exhibit B" and incorporated herein. Dr. Somkuti's report, which consists of two pages, and which is identified as "Exhibit C," is attached hereto and incorporated herein.

Dr. Somkuti will testify based on reasonable medical probability that Plaintiff, Dr. Julie Lopes Stepanian, has a "grossly normal-appearing" uterine cavity which he has confirmed by reviewing the HSG films of October 15, 2003.

Dr. Somkuti will discuss the results of a "Clomiphene Citrate Challenge Test" which was performed on the Plaintiff and will interpret the results of those tests. Dr. Somkuti will testify that the results of these tests confirm that the Plaintiff had a diminished ovarian reserve. He will also testify that as a result of this diminished ovarian reserve more aggressive ART procedures were pursued in an attempt to achieve a pregnancy in the Plaintiff.

Dr. Somkuti will also testify based on reasonable medical probability that the Plaintiff's husband, Mr. Stepanian, has been diagnosed with a low sperm count, a lower than normal motility of his sperm and a high percentage of abnormal appearing sperm. He will express the opinion that these low sperm parameters, confirmed on multiple analyses, contribute significantly to infertility. He will comment that the medical records reflect that the Plaintiff and her husband were informed that they have a male factor teratospermia (abnormal morphology) and were told to consider IVF and ICSI.

Dr. Somkuti will testify concerning the fact that the Plaintiff has had a full-term pregnancy with the delivery of a healthy child and that her difficulty in getting pregnant was related to her diminished ovarian reserve, her advanced maternal age, and a male factor infertility.

3.     Leonard J. Lerner, Ph.D.
       Department of Biochemistry & Molecular Pharmacology
       Jefferson Medical College
       Thomas Jefferson University
       1020 Locust Street
       Philadelphia, Pennsylvania  19107

Dr. Lerner is an expert in the field of pharmacology and reproductive endocrinology and has been engaged in the investigation and research of drugs and chemical agents that may be ingested by women during pregnancy. Dr. Lerner has spent

his entire career studying, researching and teaching about the relationship between sex hormones such as estrogen, including diethylstilbestrol ("DES"), cancer and reproduction. Dr. Lerner has reviewed the literature as to the state of the art, safety and efficacy of DES and will testify that Bristol-Myers Squibb Company or its predecessor had insufficient information as to the dangers of teratological effects of synthetic estrogen ingested by pregnant women. Dr. Lerner is expected to testify generally about the principles of public health, clinical pharmacology, reproductive endocrinology, as they relate to the considerations of the safety and efficacy of DES. Dr. Lerner will testify that Bristol-Myers Squibb Company or its predecessor was reasonable and acted in accordance with industry, clinical and epidemiological practices in the manner in which they responded to the adverse events that were reported to be associated with the drug.

Dr. Lerner may also testify in rebuttal to the testimony of Plaintiff's experts. Dr. Lerner's curriculum vitae is attached hereto as "Exhibit D" and is incorporated herein.

4.     This Defendant reserve its right to call Edith Potter, M.D. (deceased) (by deposition or videotape deposition).

5.     This Defendant reserves its right to call Theodore G. Klumpp, M.D., (deceased) (by deposition or videotape deposition).

6.     This Defendant reserves it right to call Don Carlos Hines, M.D. (deceased) (by deposition or by video deposition).

7.     This Defendant reserves its right to offer the opinions of any fact or "hybrid" fact/expert witnesses, on any matter within their area of expertise, including all of Plaintiff, Dr. Julie Stepanian's treating physicians and this Defendant's employees or former employees and company consultants.

5

The aforementioned expert opinions may be amended and/or supplemented as discovery progresses. Since none of Plaintiff's experts have yet been deposed in the above-captioned case, this designation is preliminary. This designation will be supplemented, as necessary, after the depositions of Plaintiff's experts have been completed and all other discovery and investigation has been completed in the above-captioned case.

Respectfully submitted,

_____/s/_____
Sidney G. Leech  (D.C. Bar No. 359071)
Malcolm S. Brisker
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
410-783-4000
**Attorneys for Defendant**
**Bristol-Myers Squibb Company**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2006, a copy of Bristol-Myers Squibb Company's Rule 26(a)(2) Statement was mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*


                                    _____/s/_____
                                    Sidney G. Leech

7

# EXHIBIT A

CURRICULUM VITAE                        October 2006

NAME:              Karin B. Michels

OFFICE ADDRESS:    Obstetrics & Gynecology Epidemiology Center, Brigham and Women's
                   Hospital, Harvard Medical School, 221 Longwood Avenue, Boston, MA
                   02115

TELEPHONE:         (617) 732-8496

FAX:               (617) 732-4899

E-MAIL:            kmichels@rics.bwh.harvard.edu


EDUCATION

2005    University of Cambridge, Cambridge, UK
        **Doctor of Philosophy in Biostatistics**
        Thesis: *"The Effect of Correlated Measurement Error in Multivariate Models of
        Diet"*

1996    London School of Hygiene & Tropical Medicine, London, UK
        **Master of Science in Medical Statistics**
        Thesis: *"Childhood Diet and Adult Risk of Breast Cancer - An Analysis
        with Special Consideration to the Handling of Missing Values in Dietary Data"*

1996    London School of Hygiene & Tropical Medicine, London, UK
        **Diploma** (DLSHTM)

1995    Harvard School of Public Health, Boston, MA
        **Doctor of Science in Epidemiology**
        Major: Epidemiology;  Minors: Biostatistics and Nutrition
        Thesis: *"Perinatal and Reproductive Risk Factors for Breast Cancer"*

1994    Harvard School of Public Health, Boston, MA
        **Master of Public Health**
        Concentration in Quantitative Methods

1991    Columbia University School of Public Health, New York, NY
        **Master of Science in Epidemiology**
        Thesis: *"PTCA in Acute Myocardial Infarction: a Quantitative Overview
             (Meta-analysis)"*

1982    University of Freiburg Medical School, Freiburg, Germany
        Bachelor of Science equivalent
        Concentration: Pre-Med

POSTDOCTORAL TRAINING

1995        Harvard School of Public Health, Boston, MA
            *Research Fellow*, Department of Nutrition

ACADEMIC APPOINTMENTS

2003-       Harvard School of Public Health, Boston, MA
            *Associate Professor in the Department of Epidemiology*

2003-       Harvard Medical School, Boston, MA
            *Associate Professor in Obstetrics, Gynecology & Reproductive Biology*

2000-2003   Harvard School of Public Health, Boston, MA
            *Assistant Professor in the Department of Epidemiology*

2000-2002   Harvard Medical School, Boston, MA
            *Assistant Professor in Obstetrics, Gynecology & Reproductive Biology*

1998-       Harvard Extension School, Boston, MA
            *Member of the Faculty*

1997-2000   Harvard School of Public Health, Boston, MA
            Department of Epidemiology
            *Instructor in Epidemiology*

1997-       Harvard Medical School, Boston, MA
            *Instructor in Medicine*

1996-1997   Harvard Medical School, Boston, MA
            *Research Associate in Medicine*

1993-1995   Harvard School of Public Health, Boston, MA
            Department of Epidemiology
            *Teaching Fellow in Epidemiology*

HOSPITAL APPOINTMENTS

1999-       Brigham & Women's Hospital, Boston, MA
            Department of Obstetrics, Gynecology & Reproductive Biology
            *Clinical Epidemiologist*

1996-       Brigham & Women's Hospital, Boston, MA
            Department of Medicine
            *Associate Epidemiologist*

## OTHER PROFESSIONAL POSITIONS

1993-1995  Harvard School of Public Health, Boston, MA
           Department of Nutrition
           *Research Assistant*, Nurses' Health Study II

1989-      Süddeutsche Zeitung, Munich, Germany
           *U.S. Science Correspondent*

1988-1995  European Society of Cardiology, Nice, France
           *Press Officer*

1987-1990  Ärzte Zeitung, New York, NY
           *U.S. Chief Medical Correspondent*

1985-1987  Ärzte Zeitung, Frankfurt, Germany
           *Medical Editor*

1984-1985  Deutscher Ärzte-Verlag, Cologne, Germany
           *Medical Editor*

1982-1983  University of Freiburg, Freiburg, Germany
           Institute for Biochemistry
           *Research Associate*


## MAJOR VISITING APPOINTMENTS

1999/2002  Karolinska Institute, Stockholm, Sweden
           *Visiting Scientist* (3 months)

1999       Department of Epidemiology Research, Statens Serum Institute, Copenhagen,
           Denmark
           *Visiting Scientist* (1 month)

1999/2000  University of Cambridge, United Kingdom
           *Visiting Scientist* (9 months)


## AWARDS AND HONORS

1991-1994  Gottlieb Daimler and Karl Benz Fellowship, Germany
1992-1993  German Academic Exchange Program Fellowship
1993-1994  Alumni Scholarship Award Harvard University
1993       Brian and Heidi MacMahon Fund, Harvard School of Public Health
1999/2000  Commonwealth Fund Scholarship, Cambridge University, UK
2000       Fellow, Cambridge European Society

## MAJOR COMMITTEE ASSIGNMENTS

| | |
|---|---|
| 1998 | National Council on Ethics in Human Research, Canada |
| 1998 | Task Force on Ethical and Legal Issues in the Conduct of Clinical Research, Placebo Subcommittee, American College of Neuropsychopharmacology |
| 2000 | National Cancer Institute, Colorectal Cancer Progress Review Group Advisory Committee |
| 2002 | Grant Review Panel World Cancer Research Fund |
| 2003 | National Cancer Institute, Early Reproductive Events and Breast Cancer Advisory Committee |
| 2003 | Grant Review Panel World Cancer Research Fund |
| 2003 | Grant Review Panel American Association for the Advancement of Sciences |
| 2004- | External Advisory Board; U54 Program: Timing of dietary exposures and breast cancer, Georgetown University, Washington, D.C. |
| 2004- | Mentor, Women's Reproductive Health Research Award, Brigham and Women's Hospital |
| 2005- | Full Member Dana-Faber/ Harvard Cancer Center (Cancer Epidemiology Program; Breast Cancer Program) |
| 2005- | Expanding the Boundaries Grant Program Committee, Brigham and Women's Hospital |

## MEMBERSHIPS IN PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1988- | American Association of Science Writers |
| 1994- | Society for Epidemiologic Research |
| 1994- | International Society for Pharmacoepidemiology |
| 1996- | German Epidemiological Association |
| 1998- | Scientific Council in Epidemiology, American Heart Association |
| 2000- | International Epidemiological Association |
| 2006- | International Society for Developmental Origins of Health and Disease |

## EDITORIAL BOARDS

Associate Editor, *International Journal of Epidemiology*
Statistical Reviewer, *The Lancet*

Ad Hoc Reviewer, *Epidemiology*
Ad Hoc Reviewer, *The Lancet*
Ad Hoc Reviewer, *American Journal of Epidemiology*
Ad Hoc Reviewer, *Cancer Causes and Control*
Ad Hoc Reviewer, *International Journal of Epidemiology*
Ad Hoc Reviewer, *American Journal of Public Health*
Ad Hoc Reviewer, *Cancer*
Ad Hoc Reviewer, *Preventive Medicine*
Ad Hoc Reviewer, *Cancer Epidemiology, Biomarkers & Prevention*
Ad Hoc Reviewer, *Archives of General Psychiatry*
Ad Hoc Reviewer, *Clinical Drug Investigation*
Ad Hoc Reviewer, *Western Journal of Medicine*

Ad Hoc Reviewer, *European Journal of Epidemiology*
Ad Hoc Reviewer, *Public Health Nutrition*
Ad Hoc Reviewer, *European Journal of Clinical Nutrition*
Ad Hoc Reviewer, *Journal of the American Medical Association*
Ad Hoc Reviewer, *International Journal of Cancer*
Ad Hoc Reviewer, *Journal of the National Cancer Institute*
Ad Hoc Reviewer, *Journal of Women's Health*
Ad Hoc Reviewer, *Cochrane Collaboration*
Ad Hoc Reviewer, *Breast Cancer Research*
Ad Hoc Reviewer, *Schizophrenia Research*
Ad Hoc Reviewer, *Journal of Reproductive Medicine*
Ad Hoc Reviewer, *Obesity Research*
Ad Hoc Reviewer, *British Medical Journal*
Ad Hoc Reviewer, *New England Journal of Medicine*
Ad Hoc Reviewer, *The Cancer Journal*
Ad Hoc Reviewer, *Annals of Epidemiology*

## MAJOR RESEARCH INTERESTS

1. Nutritional Epidemiology and Methodology
2. Etiology of Breast Cancer
3. Perinatal Risk Factors for Chronic Disease
4. Epidemiologic Methods
5. Meta-Analysis

## RESEARCH FUNDING INFORMATION

Past: | 1993-1995 | Massachusetts Department of Public Health
& National Cancer Institute  -- **Project Director**
"*In Utero and Early Life Risk Factors for Breast Cancer*"

1999-2000 | Massachusetts Department of Public Health
**Principal Investigator**
"*Lactation and Breast Cancer Risk Among Premenopausal Women*"

1999-2003 | European Commission
**Consultant**
"*Prevention of allergy – Risk factors for sensitisation in children related to farming and anthroposophic lifestyle (PARSIFAL)*"

2000-2004 | Research Project Grant, American Cancer Society
**Principal Investigator**
"*Induced Abortion and Risk of Breast Cancer*"

2000-2004 | Research Contract, National Cancer Institute
**Principal Investigator, Subcontract**
"*Maternal Cohort Study of the Nurses' Health Study*"

2001-2004    F06 Senior International Fogarty Fellowship
**Principal Investigator**
*"Assessment and Analysis of Dietary Data in Epidemiology"*

2001-2004    Research Grant, U.S. Army
**Principal Investigator**
*"Severe Caloric Restriction in Adolescence and Incidence of Breast Cancer"*

2002-2003    Research Contract, National Cancer Institute
**Principal Investigator**
*"Data Analysis for Maternal Cohort Study"*

2002-2004    Massachusetts Department of Public Health
**Principal Investigator**
*"Obesity, Meristrual Cycle Characteristics, and Premenopausal Breast Cancer"*

2002-2004    Research Grant Supplement, National Institutes of Health
**Principal Investigator, Subcontract**
*"A New Analytic Approach Relating HRT and CVD in the Nurses' Health Study"*

2004    Research Contract, National Cancer Institute
**Principal Investigator**
*" Development of Algorithms of Early Life Exposures"*


<u>Present:</u>    2000-2005    R01 Research Grant, National Cancer Institute
**Principal Investigator**
*"Methodologic Issues in Nutritional Epidemiology"*

2003-2008    P01 Research Grant, National Institute of Aging
**Co-Investigator**
*"Early Determinants of Adult Health"*

2004-2009    R01 Research Grant, National Cancer Institute
**Co-Investigator**
*"Risk Factors for Breast Cancer in Younger Nurses"*

2004-2009    R01 Research Grant, National Cancer Institute
**Co-Principal Investigator**
*"Early Determinants of Mammographic Density"*

2004-2005    Research Contract, Susan G. Komen Breast Cancer Foundation
**Co-Investigator**
*"Environmental Factors and Breast Cancer"*

2004-07    Research Grant, Henry Jackson Foundation
**Principal Investigator, Subcontract**

*"Early Life Exposure and the Incidence of Endometrial Cancer"*

| | |
|---|---|
| 2005 | Research Contract, National Cancer Institute<br>**Principal Investigator**<br>*"Maternal Cohort Study of the Nurses' Health Study"* |
| 2005-2006 | R03 Research Grant, National Cancer Institute<br>**Principal Investigator**<br>*"Validation of Preschool and High School Diet Recall"* |
| 2006-2009 | R01 Research Grant, National Cancer Institute, NIH<br>**Principal Investigator**<br>*"Lifetime Body Weight and Premenopausal Breast Cancer"* |
| 2006-2008 | R21 Research Grant, National Cancer Institute, NIH<br>**Principal Investigator**<br>*"Maternal Obesity, Intrauterine Gene Expression and Breast Cancer"* |

## TEACHING EXPERIENCE

| | |
|---|---|
| 1981-1983 | **Physiology**<br>University of Freiburg Medical School, Freiburg, Germany<br>*Section Leader*<br>15 Medical Students - 40 hours/yr |
| 1981-1982 | **Biochemistry**<br>University of Freiburg Medical School, Freiburg, Germany<br>*Section Leader*<br>15 Medical Students - 40 hours/yr |
| 1990-1991 | **Analysis of Categorical Data**<br>Columbia University School of Public Health, New York, New York<br>*Teaching Assistant*<br>40 Master/Doctoral students - 160 hours/yr |
| 1992-1995 | **Nutritional Epidemiology**<br>Harvard School of Public Health, Boston, Massachusetts<br>*Teaching Fellow*<br>30 Master/Doctoral students - 80 hours/yr |
| 1996 | **Nutritional Epidemiology**<br>Summer School in Epidemiology, University of Münster, Germany<br>*Course Developer and Lecturer*<br>20 Physicians/Epidemiologists/Dieticians - 1 week/yr |
| 1996-1998 | **Critical Reading of the Medical Literature**<br>Harvard Medical School, Boston, Massachusetts<br>*Section Leader*<br>10 Medical students - 80 hours/yr |

1997-1999  **The Practice of Quantitative Methods**
Harvard School of Public Health, Boston, Massachusetts
*Guest Lecturer*
25 Master students - 15 hours/yr

1997-1998  **Special Topics in Epidemiology**
Boston University School of Public Health, Boston, Massachusetts
*Guest Lecturer*
20 Master/Doctoral students - 6 hours/yr

1998-  **Introduction to Epidemiology**
Harvard Extension School, Cambridge, Massachusetts
*Course Director and Principal Instructor*
80 students - 120 hours/yr

1999-2001  **How to Write a Scientific Paper**
Karolinska Institute, Stockholm, Sweden
*Course Director and Principal Instructor*
20 doctoral students - 1 week/yr

1999-2000  **Epidemiology**
University of Cambridge, UK
*Guest Lecturer*
25 Master students - 12 hours/yr

1999-2000  **Cancer Epidemiology**
University of Cambridge, UK
*Co-Instructor* (with Professor Nicholas E. Day)
25 Master students – 1 week/yr

1999-2005  **Epidemiologic Research in Obstetrics and Gynecology**
Harvard School of Public Health
*Co-Instructor*
20 Master/Doctoral students - 42 hours/yr

2000-2002  **Protecting Human Research Subjects: Ethical, Regulatory, and Scientific Considerations**
Massachusetts College of Pharmacy and Health Sciences
*Guest Lecturer*
25 Master Students – 3 hours/yr

2001  **Course in Scientific Writing**
Uppsala University, Sweden
*Course Director and Principal Instructor*
25 Professors – 1 week/yr

2001  **Scientific Writing**
Mediterranean Summer School, Italy
*Course Director and Principal Instructor*
10 Physicians/Epidemiologists – 1 week/yr

2001        **Advances in College Women's Health**
            Brandeis University, Waltham, Massachusetts
            *Guest Lecturer*
            6 Students – 2 hours/yr

2001        **How to Write a Scientific Paper**
            Karolinska Hospital, Stockholm, Sweden
            *Course Director and Principal Instructor*
            25 Physicians – 3 days/yr

2003-       **Scientific Writing**
            Summer Program in Applied Statistical Methods
            Ohio State University, Columbus, Ohio
            *Course Director and Principal Instructor*
            35 Students – 2 days/yr

2004-       **Medical Detectives**
            Harvard University College, Faculty of Arts and Sciences
            Core Course in Quantitative Methods (QR 50)
            *Course Director and Principal Instructor*
            65 Students – 200 hours/yr

2005-       **Heath and Human Development**
            Harvard School of Public Health
            *Guest Lecturer*
            50 Doctoral/Master Students – 6 hours/yr

2005        **Scientific/Medical Writing**
            University of Athens & Greek Ministry of Education, Athens, Greece
            *Course Director and Principal Instructor*
            25 Professors – 2 days/yr

2005-       **You Are What You Eat**
            Harvard University College, Faculty of Arts and Sciences
            *Course Director and Principal Instructor*
            Freshman Seminar
            12 Students – 50 hours/yr

2005        **Epidemiologic Research in Obstetrics and Gynecology**
            Harvard School of Public Health
            *Course Director*
            20 Master/Doctoral students - 75 hours/yr

LANGUAGES:          English, German

COMPUTER SKILLS:    SAS, STATA, S-Plus, GLIM, StatExact, SPSS, Wordperfect, Word, Excel

PEER-REVIEWED SCIENTIFIC PUBLICATIONS

1.  Heinrich PC, Villringer A, Kühn B, Schneider K, Michels K, Andus T. Small cytoplasmic RNAs from rat liver mRNA particles as translational control elements. Fifth Arolla workshop on "Formation of messenger RNA in eukaryotic cells". Abstr Commun 1982, No 47, Arolla, Switzerland.

2.  Villringer A, Kühn B, Schneider K, Andus T, Michels K, et al. Small cytoplasmic RNAs from rat liver mRNP particles. *Molecular Biology Rep* 1983;9:65-74.

3.  Heinrich PC, Villringer A, Kühn B, Michels K, Northemann W. Small cytoplasmic RNAs from rat liver mRNA particles as control elements of mRNA translation. Hoppe-Seyler's Journal for Physiologic Chemistry 1983;364:784.

4.  Michels KB, Heinrich PC. Cytoplasmic ribonucleoprotein particles of normal rat liver and hepatoma 3924A. *Hoppe Seyler's Zeitschrift für Physiologische Chemie* 1984;365:1034.

5.  Michels KB, Faich GA. Linked databases and epidemiology. *J Clin Res Pharmacoepidemiol* 1991;5:11-18.

6.  Hardy J, Hall G, Boivin J, Michels K, Spitzer W. Controversy, consensus and data: the Gestodene case in Germany. *J Clin Res Pharmacoepidemiol* 1991; 5: 153-4.

7.  Spitzer WO, Boivin JF, Hardy J, Suissa S, Astedt B, Begaud B, Bhavnani B, Faich GA, Fleiss JL, Gibson M, Goldzieher JW, Hall G, Heinemann LAJ, Horwitz RI, Lawrence V, Longcope C, Michels K, Ramcharan S, Ray W, Weber E. Die Sicherheit von Gestoden. Eine Bewertung der pharmakokinetischen und epidemiologischen Daten. *Deutsches Ärzteblatt - Ärztliche Mitteilungen* 1991;38(A):3102-4.

8.  Michels KB, Willett WC. The Women's Health Initiative: daughter of politics or science? In: DeVita VT, Hellman S, Rosenberg SA, eds. *Cancer Prevention*. Philadelphia: Lippincott, September 1991.

9.  Michels KB. Quo vadis meta-analysis? A potentially dangerous tool if used without adequate rules. In: DeVita VT, Hellman S, Rosenberg SA, eds. *Important Advances in Oncology 1992*. Philadelphia: Lippincott 1992. pp 243-8.

10. Michels KB, Willett WC. Will vitamins prevent cancer? In: DeVita VT, Hellman S, Rosenberg SA, eds. *Cancer Prevention*. Philadelphia: Lippincott, July 1993:1-16.

9.  Michels KB. Pharmakoepidemiologie. In: Rietbrock N, Staib AH, Loew D, eds. *Klinische Pharmakologie*. Darmstadt: Steinkopff Verlag. 1994 (2nd edition). pp 538-544, and 1996 (3rd edition), pp 211-222.

10. Michels KB, Willett WC. Vitamins and cancer - a practical means of prevention? In: DeVita VT, Hellman S, Rosenberg SA, eds. *Important Advances in Oncology 1994*. Philadelphia: Lippincott 1994, pp85-114.

11. Rothman KJ, Michels KB. The continuing unethical use of placebo controls. *N Engl J Med* 1994;331:394-398. [The authors reply. *N Engl J Med* 1995;332:62.]

12. Michels KB, Yusuf S. Does PTCA in acute myocardial infarction affect mortality and reinfartcion rates? A quantitative overview (meta-analysis) of the randomized clinical trials. *Circulation* 1995;91:476-485.

13. Michels KB, Hsieh C-c, Trichopoulos D, Willett WC. Abortion and breast cancer risk in seven countries. *Cancer Causes Control* 1995;6:75-82.

14. Michels KB. Meta-Analyse - Fluch oder Segen? *Münch med Wschr* 1995;137:81-82.

15. Michels K, Sacks F. Trans fatty acids in European margarines. *N Engl J Med* 1995;332:541-542. [The authors reply. *N Engl J Med* 1995;333:131-132.]

16. Lipworth L, Katsouyanni K, Ekbom A, Michels KB, Trichopoulos D. Abortion and the risk of breast cancer: a case-control study in Greece. *Int J Cancer* 1995;61:181-184.

17. Michels KB. Book Review: Pharmacoepidemiology. B Strom, ed, J Wiley & Sons, 1994, 2nd edition, 741 pp. *J Clin Epidemiol* 1995;48:721.

18. Michels KB. The origins of Hodgkin's disease. *Eur J Cancer Prev* 1995;4:379-388.

19. Michels KB, Willett WC. The Women's Health Initiative: Will it resolve the issues? In: Senn HJ, Gelber RD, Goldhirsch A, Thurlimann B, eds. Recent Results in Cancer Research. Adjuvant Therapy of Breast Cancer V. Heidelberg: Springer 1996;140:295-305.

20. Troy LM, Michels KB, Hunter DJ, Spiegelman D, Manson JE, Colditz GA, Stampfer MJ, Willett WC. Self-reported birthweight and history of having been breastfed among younger women: an assessment of validity. *Int J Epidemiol* 1996;25:122-127.

21. Michels KB, Willett WC, Rosner BA, Manson JE, Hunter DJ, Colditz GA, Hankinson SE, Speizer FE. Prospective assessment of breastfeeding and breast cancer incidence among 89,887 women. *Lancet* 1996;347:431-436.

22. Michels KB, Willett WC. Does induced or spontaneous abortion affect the risk of breast cancer? *Epidemiology* 1996;7:521-528.

23. Michels KB, Rosner BA. Data trawling: to fish or not to fish. *Lancet* 1996;348:1152-1153.

24. Michels KB, Trichopoulos D, Robins JM, Rosner BA, Manson JE, Hunter DJ, Colditz GA, Hankinson SE, Speizer FE, Willett WC. Birthweight as risk factor for breast cancer. *Lancet* 1996;348:1542-1546. [The authors reply. *Lancet* 1997;349:501-502]

25. Michels KB, Trichopoulos D, Robins JM, Rosner BA, Hunter DJ, Colditz GA, Manson JE, Hankinson SE, Speizer FE, Willett WC. Future risk of breast cancer among breast-fed infants. *Am J Epidemiol* 1997;145:S52.

26. Ascherio A, Rimm EB, Michels KB, Walker AM. Stampfer MJ, Willett WC. Preliminary results on antihypertensive agents and risk of coronary heart disease in men. *Am J Hypertension* 1997; 10 (2): L2.

27. Michels KB, Greenland S, Rosner BA. Does body mass index adequately capture the

relation of body composition and body size to health outcomes? *Am J Epidemiol* 1998;47:167-172.

28. Michels KB, Rosner BA, Manson JE, Stampfer MJ, Walker AM, Willett WC, Hennekens CH. Calcium channel blockers in relation to incidence of cardiovascular disease and total mortality among hypertensive women. *Circulation* 1998;97:1540-1548.

29. Michels KB, Rosner BA, Walker AM, Stampfer MJ, Manson JE, Colditz GA, Hennekens CH, Willett WC.  Calcium channel blockers, cancer incidence and cancer mortality in a cohort of U.S. women.  *Cancer* 1998;83:2003-2007.

30. Solomon CG, Michels KB, Hu FB, Cohen RM, Hankinson SE, Willett WC, Speizer FE, Manson JE. Elevated insulin and C-peptide levels predict subsequent development of Type 2 diabetes mellitus in women. *Diabetes* 1999;48(suppl1):A174.

31. Michels KB, Hennekens CH. Calcium channel blockade and mortality in hypertensive women. *Cardiology Review* 1999;16:12-16.

32. Hu FB, Manson JE, Liu S, Hunter D, Colditz GA, Michels KB, Speizer FE, Giovannucci E. A prospective study of diabetes mellitus and risk of colorectal cancer in women. *J Natl Cancer Inst* 1999;91:542-547.

33. Michels KB.  Problems assessing nonserious adverse drug reactions: Antidepressant drug therapy and sexual dysfunction. *Pharmacotherapy* 1999;19:424:429.

34. Greenland S, Michels KB, Robins JM, Poole C, Willett WC. Presenting statistical uncertainty in trends and dose-response relations. *Am J Epidemiol* 1999;149:1077-1086.

35. Tomeo CA, Rich-Edwards JW, Michels KB, Berkey CS, Hunter DJ, Frazier AL, Willett WC, Buka SL. Reproducibility and validity of maternal recall of pregnancy-related events. *Epidemiology* 1999;10:774-7.

36. Michels KB. The placebo problem remains. *Arch Gen Psych* 2000;57:321-2.

37. Melbye M, Wohlfahrt J, Lei U, Nørgaard-Pedersen B, Mouridsen HT, Lambe M, Michels KB. Alpha-fetoprotein levels in maternal serum during pregnancy and maternal breast cancer risk. *J Natl Cancer Inst* 2000;92:1001-5.

38. Michels KB. The risk of breast cancer with hormone replacement therapy. *Maturitas* 2000;35(suppl1):S41.

39. Rothman KJ, Michels KB. The Declaration of Helsinki should be strengthened. *BMJ* 2000;321:442-5.

40. Michels KB, Day NE. Re: Implications of a new measurement error model for estimation of relative risk: application to four calibration studies (Letter). *Am J Epidemiol* 2000;152:494-5.

41. Michels KB, Giovannucci E, Joshipura KJ, Rosner BA, Stampfer MJ, Fuchs CS, Colditz GA, Speizer FE, Willett WC. A prospective study of fruit and vegetable consumption and colorectal cancer incidence. *J Natl Cancer Inst* 2000;92:1740-52.

42. Michels KB, Trichopoulos D, Rosner BA, Hunter DJ, Colditz GA, Hankinson SE, Speizer FE, Willett WC. Being breast-fed in infancy and breast cancer incidence in adult life: results from the two Nurses' Health Studies. *Am J Epidemiol* 2001;153:275-83.

43. Michels KB, Holmberg L, Bergkvist L, Ljung H, Bruce Å, Wolk A. Dietary antioxidant vitamins, retinol, and breast cancer incidence in a cohort of Swedish women. *Int J Cancer* 2001;91:563-7.

44. Terry P, Giovannucci E, Michels KB, Bergkvist L, Hansen H, Holmberg L, Wolk A. Fruit, vegetables, dietary fiber, and the risk of colorectal cancer. *J Natl Cancer Inst* 2001;93:525-33.

45. Michels KB, Giovannucci E, Feskanich D, Willett WC.  Diet and cancer prevention (Letter). *J Natl Cancer Inst* 2001;93:791.

46. Michels KB. A renaissance for measurement error. *Int J Epidemiol* 2001;30:421-422.

47. Michels KB, Holmberg L, Bergkvist L, Wolk A. Coffee, tea, and caffeine consumption and breast cancer incidence in a cohort of Swedish women. *Ann Epidemiol* 2002;12:21-26.

48. Michels KB. Risk of breast cancer with hormone replacement therapy. *International Congress Series* 2002;1229;135-141.

49. Michels KB. The contribution of the environment (especially diet) to breast cancer risk. *Breast Cancer Res* 2002;4:58-61.

50. Rothman KJ, Michels KB. When is it appropriate to use a placebo arm in a trial? In: Guess HA, Kleinman A, Kusek JW, Engel LW (eds): *The Science of the Placebo*. London: BMJ Books 2002.

51. Michels KB, Braunwald E. Estimating treatment effects from observational data – dissonant and resonant notes from the SYMPHONY trials. *JAMA* 2002;287:3130-32.

52. Michels KB, Wolk A. A prospective study of variety of healthy foods and mortality in women. *Int J Epidemiol* 2002;31:847-54.

53. Michels KB, Day NE. The role of correlated errors in the multivariate analysis of dietary data. IARC Sci Publ 2002;156:21-2.

54. Michels KB, Giovannucci E, Joshipura KJ, Rosner BA, Stampfer MJ, Fuchs CS, Colditz GA, Speizer FE, Willett WC. Fruit and vegetable consumption and colorectal cancer incidence. *IARC Sci Publ* 2002;156:139-40.

55. Michels KB.  Hormone replacement therapy in epidemiologic studies and randomized clinical trials – are we checkmate? *Epidemiology* 2003;14:3-5.

56. Michels KB. Early life predictors of chronic disease. *J Womens Health* 2003;12:157-61.

57. Michels KB, Manson JE. Postmenopausal hormone therapy – a reversal of fortune. Circulation 2003;107:1830-33.

58. Michels KB, Rothman KJ. Update on unethical use of placebos in randomised trials. *Bioethics* 2003;17:188-204.

59. Michels KB, Solomon CB, Hu FB, Rosner BA, Hankinson SE, Colditz GA, Manson JE. Type 2 diabetes mellitus and subsequent incidence of breast cancer in the Nurses' Health Study. *Diabetes Care* 2003;26:1752-58.

60. Michels KB. Nutritional epidemiology – past, present, future. *Int J Epidemiol* 2003;32:486-8.

61. Sills ES, Fryman JT, Perloe M, Michels KB, Tucker MJ. Chromatin fluorescence characteristics and standard semen analysis parameters: correlations observed in andrology testing among 136 males referred for infertility evaluation. *J Obstet Gynaecol* 2004;24:74-7.

62. Michels KB, Ekbom A. Caloric restriction and incidence of breast cancer. *JAMA* 2004;291:1226-30.

63. Michels KB, Xue F, Brandt L, Ekbom A. Hyperparathyroidism and subsequent incidence of breast cancer. *Int J Cancer* 2004;110:449-51.

64. Michels KB, Bingham SA, Luben R, Welch AA, Day NE.  The effect of correlated measurement error in multivariate models of diet. *Am J Epidemiol* 2004;161:59-67.

65. Rich-Edwards JW, Stampfer MJ, Manson JE, Rosner B, Hu FB, Michels KB, Willett WC. Breastfeeding during infancy and the risk of cardiovascular disease in adulthood. *Epidemiology* 2004;15:550-6.

66. Day NE, Wong MY, Bingham S, Khaw KT, Luben R, Michels KB, Welch A, Wareham NJ. Correlated measurement error – implications for nutritional epidemiology. *Int J Epidemiol* 2004;33:1-9.

67. Wolfberg AJ, Michels KB, Shields W, O'Campo P, Bronner Y, Bienstock J. Dads as breastfeeding advocates: Results from a randomized controlled trial of an educational intervention. *Am J Obst Gynecol* 2004;191:708-12.

68. Michels KB, Willett WC. Breast cancer – early life matters. *N Engl J Med* 2004;351:1679-81.

69. Missmer SA, Hankinson SE, Spiegelman D, Barbieri RL, Michels KB, Hunter DJ. In utero exposures and the incidence of endometriosis. *Fertility Sterility* 2004;82:1501-08.

70. Michels KB. Dietary fiber. In: DeVita VT, Hellman S, Rosenberg SA, editors. *Cancer: Principles and Practice of Oncology*, 7th edition. Philadelphia: Lippincott 2005, p. 514-17.

71. Michels KB. Fruit and vegetable consumption. In: DeVita VT, Hellman S, Rosenberg SA, editors. *Cancer: Principles and Practice of Oncology*, 7th edition. Philadelphia: Lippincott 2005, p. 518-20.

72. Maruti SS, Feskanich D, Colditz GA, Frazier AL, Sampson LA, Michels KB, Hunter DJ, Spiegelman D, Willett WC. Adult recall of adolescent diet: reproducibility and comparison with maternal reporting. *Am J Epidemiol* 2005;161:89-97.

73. Michels KB. The role of nutrition in cancer development and prevention. *Int J Cancer* 2005;114;163-65.

74. Michels KB. A maternalistic approach to prevention. *Int J Epidemiol* 2005;34:3-4.

75. Michels KB, Willett WC, Fuchs CS, Giovannucci E. Coffee, tea, and caffeine consumption and incidence of colon and rectal cancer. *J Natl Cancer Inst* 2005;97:282-92.

76. Baer HJ, Colditz GA, Rosner BA, Michels KB, Rich-Edwards JW, Hunter DJ, Willett WC. Body fatness during childhood and adolescence and incidence of breast cancer in premenopausal women: a prospective cohort study. *Breast Cancer Res* 2005;7:R314-25.

77. Michels KB. The Nurses' Health Study – three decades of women's health. *J Japan Nursing Assoc* 2005;57:64-68.

78. Michels KB, Fuchs CS, Giovannucci E, Colditz GA, Hunter DJ, Stampfer MJ, Willett WC. Fiber intake and incidence of colorectal cancer among 76947 women and 47279 men. *Cancer Epidemiol Biomarkers Prev* 2005;14:842-9.

79. Michels KB, Welch AA, Luben R, Bingham SA, Day NE. Measurement of fruit and vegetable consumption with diet questionnaires and implications for analyses and interpretation. *Am J Epidemiol* 2005;161:987-94.

80. Terry KL, Willett WC, Rich-Edwards JW, Hunter DJ, Michels KB. Menstrual cycle characteristics and incidence of premenopausal breast cancer. *Cancer Epidemiol Biomarkers Prev* 2005;14:1509-13.

81. Michels KB. Diet and cancer: Current knowledge, methodologic pitfalls and future directions. *In J Cancer* 2005;116:665-66.

82. Holm IA, Manson JE, Michels KB, Alexander EK, Willett WC, Utiger RD. Smoking and other lifestyle factors and the risk of Graves' hyperthyroidism. *Arch Intern Med* 2005;165:1606-11.

83. Barbieri RL, Anastos L, Michels KB. Economic factors and the percentage of residency positions filled by United States medical graduates. *Obstet Gyncol* 2005;106:581-84.

84. Rich-Edwards JW, Kleinman K, Michels KB, Stampfer MJ, Manson JE, Rexrode KM, Hibert EN, Willett WC. Longitudinal study of birthweight and adult body mass index in predicting risk of coronary heart disease and stroke in women. *BMJ* 2005;330(7500)1115.

85. Stuebe AM, Rich-Edwards JW, Willett WC, Manson JE, Michels KB. Duration of lactation and incidence of type 2 diabetes. *JAMA* 2005;294:2601-2610.

86. Michels KB, Schulze MB. Can dietary patterns help us detect diet-disease associations? *Nutrition Research Reviews* 2005;18:241-48.

87. Michels KB, Rosner BA, Chumlea WC, Colditz GA, Willett WC. Preschool diet and adult risk of breast cancer. *Int J Cancer* 2006;118:749-54.

88. Kusano AS, Trichopoulos D, Terry KL, Chen WY, Willett WC, Michels KB. A prospective study of breast size and premenopausal breast cancer incidence. *Int J Cancer*

2006;118:2031-4.

89. Flöistrup H, Swartz J, Bergström A, Alm JS, Scheynius A, van Hage M, Waser M, Braun-Fahrländer C, Schram-Bijkerk D, Huber M, Zutavern A, von Mutius E, Üblagger E, Riedler J, Michels KB, Pershagen G, and the PARSIFAL study group. Allergic disease and sensitization in Steiner school children. *J Allergy Clin Immunol* 2006;117:59-66.

90. Alfvén T, Braun-Fahrländer C, Brunekreef B, von Mutius E, Riedler J, Scheynius A, van Hage M, Wickman M, Benz MR, Budde J, Michels KB, Schram D, Üblagger E, Waser M, Pershagen G, and the PARSIFAL study group. Allergic diseases and atopic sensitisation in children related to farming and anthroposophic lifestyle - the PARSIFAL study. *Allergy* 2006;61:414-21.

91. Michels KB, Giovannucci E, Chan AT, Singhania, Fuchs CS, Willett WC. Fruit and vegetable consumption and colorectal adenomas in the Nurses' Health Study. *Cancer Res* 2006;66;3942-53.

92. Pinheiro SP, Schernhammer ES, Tworoger SS, Michels KB. A prospective study on habitual duration of sleep and incidence of breast cancer in a large cohort of women. *Cancer Res* 2006;66:5521-5.

93. Nour NM, Michels KB, Bryant AE. Defibulation to treat female genital cutting: effect on symptoms and sexual function. *Obstet Gynecol* 2006;108:55-60.

94. Michels KB. The Women's Health Initiative – curse or blessing? *Int J Epidemiol* 2006;35:814-6.

95. Michels KB, Xue F. The role of birthweight in the etiology of breast cancer. *Int J Cancer* 2006;119:2007-25.

96. Baer HJ, Rich-Edwards JW, Colditz GA, Hunter DJ, Willett WC, Michels KB. Adult height, age at attained height, and incidence of breast cancer in premenopausal women. *Int J Cancer* 2006;119:2231-5.

97. Michels KB, Xue F, Terry KL, Willett WC. Longitudinal study of birthweight and incidence of breast cancer in adulthood. *Carcinogenesis* 2006;doi:10.1093/carcin/bgl105 (epub).

98. Michels KB, Terry KL, Willett WC. Longitudinal study on the role of body size in premenopausal breast cancer. *Arch Intern Med* 2006 (in press).

99. Terry KL, Willett WC, Rich-Edwards JW, Michels KB. A prospective study of infertility due to ovulatory disorders, ovulation-induction treatment, and incidence of breast cancer. *Arch Intern Med* 2006 (in press).

100. Michels KB, Manson JE. Postmenopausal hormone therapy in the 21st century: reconciling findings from observational studies and randomized clinical trials. In: Lobo R, editor. Treatment of the postmenopausal woman, 3rd edition. San Diego: Elsevier 2006 (in press).

101. Michels KB, Bloom BR, Riccardi P, Rosner BA, Willett WC. A study of the importance of education and cost incentives on individual food choices at the Harvard School of Public Health cafeteria. J Am Coll Nutr 2006 (in press).

102. Xue F, Colditz GA, Willett WC, Rosner BA, Michels KB.  Parental age at delivery and incidence of breast cancer: a prospective cohort study. Breast Cancer Res Tr 2006 (in press).

103. Tworoger SS, Eliassen, AH, Missmer SA, Baer H, Rich-Edwards J, Michels KB, Barbieri RL, Dowsett M, Hankinson S. Birthweight and body size throughout life in relation to sex hormones and prolactin concentrations in premenopausal women. Cancer Epidemiol Biomarker Prev 2006 (in press).

BOOK

Michels KB, Napier K. *The Gift of Health.* New York: Pocket Books, Simon & Schuster, August 2001.

PRESENTATIONS

1.  26th Annual Meeting of the Society for Epidemiologic Research, Keystone, Colorado, June 16-18, 1993
    Invited presentation: *Unethical use of placebo controls*

2.  27th Annual Meeting of the Society for Epidemiologic Research, Miami Beach, Florida, June 15-18, 1994
    *Does abortion affect the risk of breast cancer?*

3.  10th International Conference on Pharmacoepidemiology, Stockholm, Sweden, August 28-31, 1994
    *The continuing unethical use of placebo controls*

4.  39. Jahrestagung der Deutschen Gesellschaft für Medizinische Informatik, Biometrie und Epidemiologie (GMDS), Dresden, Germany, September 18-22, 1994
    *Beeinflussen Abtreibungen und Fehlgeburten das Risiko für Brustkrebs?*

5.  67th Annual Scientific Sessions of the American Heart Association, Dallas, Texas, November 14-16, 1994
    *The randomized controlled clinical trials of PTCA in acute myocardial infarction: a systematic overview (meta-analysis)*

6.  Dana-Faber Cancer Institute, Boston, February 25, 1995
    Breast Cancer Symposia: *Abortion and breast cancer.*

7.  28th Annual Meeting of the Society for Epidemiologic Research, Snowbird, Utah, June 21-24, 1995
    *A prospective assessment of breastfeeding and breast cancer incidence in a large cohort of U.S. women*

8.  31st Annual Meeting of the Drug Information Association, Orlando, Florida, June 25-29,

1995
Invited presentation: *The continuing unethical use of placebo-controlled studies*

9.  Department of Human Nutrition, Agricultural University, Wageningen, The Netherlands, August 25, 1995
    Invited presentation: *Epidemiological evidence on dietary fat and chronic disease with special reference to the Women's Health Initiative*

10. Institute for Epidemiology and Social Medicine, University of Münster, Germany, January 31, 1996
    Invited presentation: *Epidemiology of breast cancer: Does breastfeeding really prevent breast cancer?*

11. Department of Medicine, University Hospital, University of Freiburg, Germany, April 1996
    Invited presentation: *How can epidemiology advance cancer research?*

12. Lectures on Controversial Topics. Belgian College of Neuropsychopharmacology and Biological Psychiatry. Grimbergen, Belgium, April 26, 1996
    Invited presentation: *The continuing unethical use of placebo controls*

13. 11th Annual Scientific Meeting of the American Society of Hypertension, New York, N.Y., May 15-18, 1996
    Invited presentation: *Are placebos obsolet?*

14. American Cancer Society, Framingham, Massachusetts, October 23, 1996
    Invited presentation: *Does Abortion Influence Breast Cancer Risk?*

15. Department of Neonatology, Beth Israel Hospital, Boston, January 30, 1997
    Invited presentation: *Perinatal risk factors for chronic disease*

16. Jahrestagung der Deutschen Gesellschaft für Kardiologie, Mannheim, Germany, April 3-5, 1997
    Invited presentation: *Beeinflußt PTCA beim akuten Myokardinfarkt die Mortalitäts- und Reinfarktraten? Eine quantitative Übersicht (Meta-Analyse) randomisierter klinischer Studien*

17. 12th Annual Scientific Meeting of the American Society of Hypertension, San Francisco, May 27-31, 1997
    *Antihypertensive medications and cardiovascular disease in a large cohort of U.S. women*

18. University of California, Los Angeles, Department of Epidemiology, June 2, 1997
    Invited presentation: *Calcium channel blockers - are they doing more harm than good?*

19. University of Southern California Norris Comprehensive Cancer Center, Los Angeles, June 3, 1997
    Grand Rounds: *Is breast cancer initiated earlier in life than we have so far appreciated?*

20. National Council on Ethics in Human Research. Ottawa, Canada, May 28-29, 1998
    Invited presentation: *Good science does not always require a placebo control*

21. American College of Neuropsychopharmacology, Puerto Rico, December13-18, 1998

Invited presentation: *The continuing unethical use of placebo controls*

22. Whitehead Institute, Cambridge, Massachusetts, May 20, 1999
    Invited presentation: *In utero exposures and breast cancer risk*

23. 32nd Annual Meeting of the Society for Epidemiologic Research, Baltimore, MD, June 1999.
    *Consumption of fruit and vegetables and colorectal cancer incidence among women and men.*

24. Department of Epidemiology Research, Statens Serum Institute, Copenhagen, Denmark, September 1999
    Invited presentation: *Early life origins of chronic disease*

24. Emerging Perspectives on Obesity, North American Association for the Study of Obesity, Charleston, SC, November 1999
    Invited presentation: *Issues in the modeling of height and weight*

25. Dietary Pattern Workshop, Potsdam/Berlin, Germany, February 2000
    Invited presentation: *Misspecification of dietary intake using different diet assessment methods -- Results from EPIC Norfolk, UK*

26. Symposium on Placebo in Mental Health, University of Texas, Houston, TX, April 2000
    Invited presentation: *Is it ethical to use placebo in mental health research?*

27. MRC Environmental Epidemiology Unit, University of Southampton, UK, June 2000
    Invited presentation: *In utero exposures and breast cancer risk*

28. 5th European Congress on Menopause, Copenhagen, Denmark, July 1-5, 2000
    Invited presentation: *The risk of breast cancer with hormone replacement therapy*

29. 5th International Congress of the Society for Nutritional Oncology Adjuvant Therapy, Philadelphia, PA, September 7-9, 2000
    Invited presentation: *Critical timepoints of nutrition in relation to the risk of cancer: in utero nutrition and diet during the first years of life*

30. 4th International Conference on Dietary Assessment Methods, Tucson, Arizona, September 17-20, 2000
    *The effect of different multivariate correlation structures: a comparison of 7DD and FFQ* (poster presentation)

31. Department of Epidemiology, University of California, Los Angeles, September 21, 2000
    Invited presentation: *Diet assessment in epidemiologic studies – what are we measuring?*

32. Strangeways Research Laboratory, Institute of Public Health, University of Cambridge, United Kingdom, January 16, 2001
    Invited presentation: *Measurement error in the assessment of diet in observational studies*

33. National Cancer Institute, Bethesda, MD, March 21, 2001
    Invited presentation: *Does fruit and vegetable consumption affect colorectal cancer incidence?*

34. Congress of Epidemiology, Toronto, Canada, June 13-16, 2001
    *Multivariate diet models and the effect of correlated errors*

35. Brigham & Women's Hospital, Department of Obstetrics, Gynecology & Reproductive
    Biology, Boston, MA, February 20, 2002
    Grand Rounds: *The risks and benefits of postmenopausal hormone use – evidence from
    epidemiologic studies and clinical trials*

36. 4th Postgraduate Nutrition Symposium on Nutrition and Women's Health, Harvard
    University, Boston, June 14-15, 2002
    Invited presentation: *Early life predictors of chronic disease*

37. 7th Annual Conference on Women's Health and the Environment, Boston, October 25, 2002
    Invited presentation: *Women's Health: Taking control of our future*

38. 5th International Conference on Dietary Assessment Methods, Chiang Rai, Thailand,
    January 26-29, 2003
    Invited presentation: *Can dietary patterns help us detect diet-disease associations?*

39. Symposium: The Timing of Dietary Exposure and Breast Cancer Risk, Georgetown
    University, Lombardi Cancer Center, Washington, DC, April 2-3, 2003
    Invited presentation: *Early life, diet and breast cancer*

40. Erasmus University, Thoraxcenter, Rotterdam, The Netherlands, April 15, 2003
    Invited presentation: *Postmenopausal hormone therapy and coronary heart disease: friend
    or foe?*

41. Bristol University, Department of Social Medicine, Bristol, United Kingdom, April 25, 2003
    Invited presentation: *Hormone replacement therapy: what can we learn from the Women's
    Health Initiative?*

42. London School of Hygiene and Tropical Medicine, London, United Kingdom, April 30, 2003
    Invited presentation: *Epidemiologic studies and randomized clinical trials on the effects of
    hormone replacement therapy: what do the data tell us?*

43. German Cancer Center, Heidelberg, Germany, August 19, 2003
    Invited presentation: *Diet and cancer – is there an association?*

44. European Society of Cardiology Congress 2003, Vienna, Austria, August 31, 2003
    Invited presentation: *Can diet and lifestyle changes improve cardiovascular health?
    Experience from the Nurses Health Study*

45. Conference of the Japanese Nursing Association, Matsumoto, Japan, July 28, 2004
    Invited presentation: *The Nurses' Health Study – three decades of women's health*

46. Tokyo University, Tokyo, Japan, July 30, 2004
    Invited presentation: *The Nurses' Health Study – three decades of women's health*

47. Tokyo University, Tokyo, Japan, July 31, 2004
    Invited presentation: *Hormone replacement therapy: are the data from observational studies
    and randomized clinical trials inconsistent?*

48. Kyoto University, Kyoto, Japan, August 2, 2004
    Invited presentation: *Hormone replacement therapy: are the data from observational studies and randomized clinical trials inconsistent?*

49. Third Annual International Conference on Frontiers in Cancer Prevention Research, Seattle, November 2004
    Invited presentation: *Human data on perinatal and early life exposures and risk of breast cancer in adulthood*

50. Free University Berlin, Charité, Germany, December 12, 2004
    Invited presentation: *Benefits and risks of hormone therapy during menopause and thereafter – which information from observational studies and clinical trials are relevant?*

51. Harvard School of Public Health, Boston, MA, January 19, 2005
    Invited Presentation: *The role of diet in the development of breast cancer*

52. 37th International Symposium: GH and Growth Factors in Endocrinology and Metabolism, Athens, Greece, March 4-5, 2005
    Invited Presentation: *Early childhood events and later disease: nutritional influences*

53. 8th Postgraduate Nutrition Symposium on Nutrition and Women's Health
    Harvard University, Boston, Massachusetts
    Invited Presentation: *Diabetes, metabolic syndrome and breast cancer*

54. Georgetown University, Lombardi Cancer Center
    Washington, DC, April 26, 2006
    Invited Presentation: *Diet and breast cancer – state of the art*

55. German Academy of Science Leopoldina
    Schloss Marbach, Germany, May 26, 2006
    Invited Presentation: *Diet and aging*

56. Children's Medical Center, Wright State University
    Dayton, Ohio, June 20, 2006
    Invited Presentation: *Writing for publication in the medical literature*

57. 4th World Congress on Developmental Origins of Health and Disease
    Utrecht, Netherlands, September 15, 2006
    Keynote Address: *Perinatal and early life risk factors for cancer*

# EXHIBIT B

CURRICULUM VITAE

NAME                 Stephen G. Somkuti, M.D., Ph.D., F.A.C.O.G.

ADDRESS              Abington Reproductive Medicine, P.C.
                     Division of Reproductive Medicine
                     Department of Obstetrics and Gynecology
                     1245 Highland Avenue Suite 404
                     Abington, PA 19001
                     (215) 887-2010      Fax (215) 887-3291
                     Email: ssomkuti@abington-repromed.com or nyuszogo@aol.com

MARITAL STATUS          Married: Andrea Katalin  Children: Livia and Michael

PRESENT ACADEMIC AND HOSPITAL APPOINTMENTS

   1995     Attending Physician, Division of Reproductive Endocrinology
            Department of Obstetrics and Gynecology, Abington Memorial Hospital,
            Abington, PA
   1995     Attending Physician, Department of Obstetrics and Gynecology,
            Lower Bucks Hospital, Bristol, PA
   1995     Attending Physician, Department of Obstetrics and Gynecology,
            Doylestown Hospital, Doylestown, PA
   1995     Clinical Assistant Professor, Division of Reproductive Endocrinology
            Department of Obstetrics and Gynecology, Jefferson Medical College,
            Philadelphia, PA
   1995     Visiting Scientist, Department of Biology, Lehigh University,
            Bethlehem, PA
   1996     Clinical Assistant Professor, Division of Reproductive Endocrinology
            Department of Obstetrics and Gynecology, Temple University School of
            Medicine, Philadelphia, PA
   1998     Medical Director, In Vitro Fertilization Program, The Toll Center for
            Reproductive Medicine, Abington Memorial Hospital, Abington, PA

EDUCATION

   1982     B.A./B.A., (Biology/German) Lehigh University, Bethlehem, PA
   1986     Ph.D., (Reproductive Toxicology and Pharmacology) Duke University,
            Durham, NC
   1989     M.D., University of North Carolina at Chapel Hill, Chapel Hill, NC
   1993     Residency, Obstetrics and Gynecology, Duke University Medical Center,
            Durham, NC
   1995     Fellowship, Reproductive Endocrinology and Fertility, Memorial
            Hospital University of North Carolina at Chapel Hill, Chapel Hill, NC

## HONORS AND AWARDS

| | |
|---|---|
| 1978 | Freshman Lehigh University Honors |
| 1979 | Baylor College of Medicine Summer Student Program in Cell Biology |
| 1980 | Baylor College of Medicine Summer Student Program in Cell Biology |
| 1981 | Omicron Delta Kappa, (ODK) Leadership Honor Society |
| 1982 | National Institutes of Health Predoctoral Traineeship Award |
| 1985 | Sigma Xi, Scientific Honor Society |
| 1985 | National Institutes of Health Pharmacology Research Associate Award (PRAT) |
| 1986 | Society of Toxicology Predoctoral Award |
| 1986 | Duke University Graduate School Honors |
| 1988 | Society of Toxicology Predoctoral Award |
| 1986 | Recipient of Student Foreign Fellowship for Study Abroad, UNC School of Medicine |
| 1987 | First Place Poster Award at Student Research Day, UNC School of Medicine |
| 1988 | UNC School of Medicine Senior Year Honors |
| 1992 | First Pace Award, Resident Research Day Competition, Duke University OB/GYN |
| 1993 | First Pace Award, North Carolina ACOG Annual Meeting Resident's Research Paper Competition |
| 1994 | Second Prize, District IV ACOG Annual Meeting, Poster Presentation |
| 1999 | "Top Doc" for Women's Health in Infertility, Philadelphia Magazine |

## SPECIALTY BOARD CERTIFICATIONS

| | |
|---|---|
| 1996 | Board Certified, American Board of Obstetrics and Gynecology |
| 1998 | Board Certified, American Board of Obstetrics and Gynecology, Subspecialty Reproductive Endocrinology and Infertility |

## LICENSURE

| | |
|---|---|
| 1990 | North Carolina # 39746 issued 9/29/90 |
| 1995 | Commonwealth of Pennsylvania Licensed Physician and Surgeon, # MD-055558-L issued 3/13/95 |

## PREVIOUS ACADEMIC AND HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1982 | Research Associate, Smith Kline and French Laboratories |
| 1986 | Postdoctoral Associate, Duke University Department of Pharmacology |
| 1987 | National Institutes of Environmental Health Sciences (NIEHS) Visiting Scientist |

| | |
|---|---|
| 1989-93 | Clinical Instructor, Obstetrics and Gynecology, Duke University |
| 1993-95 | Clinical Instructor, Reproductive Endocrinology, Obstetrics and Gynecology, University of North at Carolina Chapel Hill |

## EDITORIAL ACTIVITIES

| | |
|---|---|
| 1989-94 | Abstract Referee, Society for the Study of Reproduction |
| 1992- | Manuscript Referee, Reproductive Toxicology |
| 1993- | Manuscript Referee, Obstetrics and Gynecology |
| 1995- | Editorial Board, Reproductive Toxicology |
| 1995- | Manuscript Referee, Fertility and Sterility |
| 1999- | Advisory Panel, Obstetrics and Gynecology Management |

## PROFESSIONAL ORGANIZATION MEMBERSHIPS AND POSITIONS

| | |
|---|---|
| 1982- | Society of Toxicology |
| 1984- | American Society of Andrology |
| 1986- | North Carolina Medical Society |
| 1986-89 | American Medical Students Association |
| 1987- | Hungarian-American Medical Association |
| 1992- | American Society for Reproductive Medicine |
| 1995- | The Obstetrical Society of Philadelphia |
| 1996- | The Society for Male Reproduction and Urology |
| 1997- | American College of Obstetricians and Gynecologists, Fellow (FACOG) |
| 1998- | The Society for Reproductive Endocrinology and Infertility |
| 1998- | Board of Directors, Hungarian American Medical Association |
| 2000- | Consultant to the Obstetrics and Gynecology Devices Panel of the Medical Devices Advisory Committee, Center for Devices and Radiological Health, Food and Drug Administration (FDA) |

## TEACHING POSITIONS

| | |
|---|---|
| 1989-93 | Clinical Instructor, Duke University Medical Center, Medical Students Obstetrics and Gynecology Rotations |
| 1987-95 | Lecturer, Duke University, Mammalian Toxicology Course, Graduate Students |
| 1993-95 | Clinical Instructor, University of North Carolina at Chapel Hill, Medical Student Core Lecture in Reproductive Biology |
| 1995 | Member, Ph.D. Dissertation Committee, Lehigh University |
| 995 | Member, Resident Education Committee, Abington Memorial Hospital Residency Program in Obstetrics and Gynecology |

## RESEARCH GRANTS AND ONGOING STUDIES

1995-97   American Society for Reproductive Medicine/TAP Pharmaceuticals Research Grant in Reproductive Endocrinology. Growth Factor Regulation of Human Uterine Receptivity Markers in the Peri-implantation Period, $20,000. Principal Investigator: Stephen G. Somkuti, M.D., Ph.D.

1994-96   American College of Obstetricians and Gynecologists/Ciba Pharmaceutical Company Fellowship for Research in Endocrinology of the Postreproductive Woman. Integrin Expression in Cultured Human Endometrial Epithelium: An in vitro Study Characterizing Markers of Uterine Receptivity, $25,000. Principal Investigator: Stephen G. Somkuti, M.D., Ph.D.

1996   Serono Laboratories: An open label, multicenter, non-comparative phase 3, outpatient study to assess the safety of recombinant LH (r-LH) for compassionate use in patients undergoing ovulation induction for multiple follicular development for assisted reproductive technologies.

1999-   Participant in multicenter trial, Jefferson Medical College, Division of Reproductive Endocrinology: Multicenter randomized trial of the use of the Insulin sensitizing agent metformin in anovulatory polycystic ovary patients.

1999   Ferring Pharmaceuticals, Inc. Randomized open label multicenter study evaluating the efficacy of purified FSH in anovulatory and oligoovulatory female patients for ovulation induction.

1999   Jefferson Medical College, Division of Pediatric Endocrinology, Genetics of Ovarian Failure.

1999-   Lehigh University, Department of Biology. Anti-zonapellucida antibodies in women with premature ovarian failure.

2000-1   Ferring Pharmaceuticals, Inc. Randomized open label multicenter study evaluating the efficacy of purified FSH in female patients for in vitro fertilization.

2001-   Ferring Pharmaceuticals, Inc. Randomized open label, parallel group, multicenter, efficacy study in anovulatory or oligoovulatory infertile female patients comparing purified Repronex sc, purified repronex im, and repronex sc for ovulation induction.

2001   A randomized, open label, parallel group, multicenter, efficacy study comparing purified FSH sc and Follistim sc, In female patients undergoing In vitro fertilization (IVF)

2002   Femme Pharma, Inc. A multicenter, prospective, open-label evaluation of the use of intravaginally administered Danazol on patients with moderate to severe pain associated with endometriosis

2002-     Organon Pharmaceuticals, Inc. Oral contraceptive pretreatment for scheduling in Follistim/Antagon vs. Follistim/Lupron cycles in patients undergoing in vitro fertilization and Intracytoplasmic sperm injection (ICSI) treatment.

2002-     Biosense Corporation, Inc. An intravaginal devise (Biometer) for use in ovulation prediction and natural family planning.

## LANGUAGES

Hungarian
German

PUBLICATIONS

PEER-REVIEWED PAPERS

Somkuti, S.G., Hildebrandt, J.D., Herberg, J.T., and Iyengar, R., (1982). Divalent cation regulation of adenylyl cyclase, an allosteric site on the catalytic component. Journal of Biological Chemistry 257:6387-6393.

Lester, B.R., Sheppard, J.R., Burman, M., Somkuti, S.G., and Stassen, F.L., (1985). Desensitization of LLC-PK1 cells by vasopressin results in receptor down- regulation. Molecular and Cellular Endocrinology 40: 193-204.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV and Abou-Donia, M.B., (1987). Testicular toxicity following oral administration of tri-o-cresyl phosphate (TOCP) in roosters. Toxicology Letters 37:279-290.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1987). Reproductive tract lesions resulting from sub-chronic administration (63 days) of tri-o-cresyl phosphate in male rats. Toxicol. Appl. Pharmacol. 89:49-63.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1987). Time course of the TOCP-induced testicular lesion in F344 rats: enzymatic, hormonal, and sperm parameter studies. Toxicol. Appl. Pharmacol. 89:64-72.

Somkuti S.G., Tilson, H.E., Brown, R.E., Campbell, G.A., Lapadula, D.M., and Abou-Donia, M.B. (1988) Lack of delayed neurotoxic effect after tri-o-cresyl phosphate treatment in male Fischer 344 rats: biochemical, neurobehavioral and neuropathological studies. Fundam. Appl. Toxicol. 10, 199-205.

Chapin, R.E., Phelps, J.L., Somkuti, S.G., Heindel, J.H., and Burka, L.T. (1990) The interaction of Sertoli and Leydig cells in the testicular toxicity of tri-o-cresyl phosphate. Toxicol. Appl. Pharmacol. 104:483-495.

Somkuti, S.G. and Abou-Donia, M.B. (1990) Disposition, elimination, and metabolism of tri-o-cresyl phosphate following daily oral administration in Fischer 344 male rats. Arch. Toxicol. 64:572-579.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., and Abou-Donia, M.B. (1991). Light and electron microscopic evidence of tri-o-cresyl phosphate (TOCP)-mediated testicular toxicity in Fischer 344 rats. Toxicol. Appl. Pharmacol. 107:35-46.

Steege, J., Stout, A.L., and Somkuti, S.G. (1991) Chronic Pelvic Pain in Women: toward an integrative model. J. Psychosomatic Obstet. Gynecol. 12: suppl., 3-10.

Somkuti, S.G., Victa, E.A., Daugherty, J.F., Hartley, L.W., and Blackmon, E.B. (1994) Transvaginal evisceration following hysterectomy in premenopausal women: a presentation of three cases. A.J. Obstet. Gynecol. 171:567-568

Somkuti, S.G., Sun, J., Yowell, C.W., Fritz, M.A., and Lessey, B.A. (1996) The effect of oral contraceptives on markers of endometrial receptivity. Fertil. Steril. 65:484-488.

Somkuti, S.G., Semelka, R.C., Davenport, M.A., and Fritz, M.A. (1996) Preoperative evaluation of intersex patients with pelvic magnetic resonance imaging in search of Y chromosome-bearing gonadal tissue. Fertil. Steril. 65:1062-1064.

Lessey, B.A., Ilesanmi, A.O., Castelbaum, A.J., Yuan, L., Somkuti, S.G., Satyaswaroop, P.G., and Chwalisz, K. (1996) Characterization of the functional progesterone receptor n a well-differentiated endometrial adenocarcinoma cell line (Ishikawa): Progesterone-induced expression of the alpha 1 integrin. J. Steroid Biochem Mol. Biol. 59:31-39.

Castelbaum, A.J., Ying, L., Somkuti, S.G., Sun, J., Ilesanmi, A.O., and Lessey, B.A. (1997) Characterization of integrin expression in a well differentiated endometrial adenocarcinoma cell line (Ishikawa). J Clin Endocrinol Metab 82: 136-142.

Somkuti, S.G., Yuan, Y., Fritz, M.A., and Lessey, B.A. (1997) Epidermal growth factor and sex steroids dynamically regulate a marker of endometrial receptivity in Ishikawa cells. J Clin Endocrinol Metab 82: 2192-2197.

Meyer, W.R., Castelbaum, A.J., Somkuti, S.G., Sagoskin, A.W., Doyle, M., Harris, J.E., and Lessey, B.A. (1997) Hydrosalpinges adversely affect markers of endometrial receptivity. Human Reprod. 12: 1393-1398.

Lessey, B.A., Somkuti, S.G., Castelbaum, A.J., Young, S.L., Wolf, L., and Fritz, M.A. (1998) Improvement on pregnancy rates with GnRH agonist in women with infertility, minimal, or mild endometriosis and aberrant $\alpha v \beta 3$ expression. Fertil. Steril. Submitted

Meyer, W.B., Beyler, S., Baker, T., Somkuti, S., Lowden, D., and Grainger, D. (1999) The value of post hCG estradiol in predicting pregnancy in assisted reproductive technologies. Fert Steril . submitted

Somkuti, S.G., Wachtel, S., Schinfeld, J., Jackson, L, Therapel, A. T., and DiGeorge, A. (2000) Monozygotic twins with discordant sex phenotype. Fert Steril 74:1254-6.

Wachtel, S.S., Somkuti, S.G., and Schinfeld, J.S. (2000) Monozygotic twins of opposite sex Cytogenet Cell Genet 91: 293-295

Estes, S.J., Laky, D.C., Hoover, L.M., Smith, S.E., Schinfeld, J.S., and Somkuti, S.G. (2003) Successful pregnancy resulting from cryopreserved pronuclear and cleaved embryos thawed and cultured to blastocysts, refrozen and transferred. J.Reprod Med (in press).

PEER-REVIEWED ABSTRACTS

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1986) Testicular toxicity of tri-o-cresyl phosphate in Fisher 344 rats. The Toxicologist. 6, 29-P.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1986).   The morphogenesis and ultrastructural development of the tri-o-cresyl phosphate induced testicular lesion in Fisher 344 rats. The Toxicologist 6, 290.

Somkuti, S.G., Lapadula, D.M., Chapin, R.E., Lamb, J.C., IV, and Abou-Donia, M.B., (1986).   The spectrum of tri-o-cresyl phosphate's effects on the male reproductive system: effects on multiple cell types. J. Andrology 7, 30-P.

Somkuti, S.G., Chapin, R.E., Lapadula, D.M., Othman, M.A., and Abou-Donia, M.B. (1988)    The metabolism of tri-o-cresyl phosphate (TOCP) by rat testis. The Toxicologist 8,118.

Chapin, R.E., Somkuti, S.G., Phelps, J.L., Heindel, J.J., Lapadula, D.M., and Abou-Donia, M.B. (1988) The effects of saligenin cyclic-o-tolyl phosphate (SCOTP) on primary sertoli cell cultures. The Toxicologist 8, 13.

Somkuti, S.G., Chapin, R.E., Lapadula, D.M., Othman, M.A., Heindel, J.J., and Abou-Donia, M.B. (1988) Metabolic activation of a reproductive toxicant by the testis: in vivo and in vitro studies. J. Andrology 9, 29-P.

Lei, Y., Castelbaum, A.J., Yowell, C.W., Somkuti, S.G., and Lessey, B.A. (1994) Characterization of integrin subunits in a hormone-responsive endometrial carcinoma cell line. 76th Annual Meeting of the Endocrine Society June 15-18, Anaheim, CA. Abstract # 197, p.250.

Somkuti, S.G., Heindel, J.J., and Chapin, R.E. (1994) Between in vivo and in vitro: Stage specific seminiferous tubules as a tool in mechanistic reproductive toxicology studies. J. Andrology 15,    69-P.

Somkuti, S.G., Yowell, C.W., and Lessey, B.A. (1994) The effect of oral contraceptives on markers of uterine receptivity. 50th Annual Meeting of the American Fertility Society November 5-10, San Antonio, TX Abstract # O-139, p. S68.

Somkuti, S.G., Yowell, C.W., Lei, Y., and Lessey, B.A. (1995) Epidermal growth factor and human uterine receptivity: regulation of the avb3 integrin vitronectin receptor. J. Soc. Gynecol. Invest. 2, O120.

Lessey, B.A., Castelbaum, A.J., Belando, L., Shell, K., Sun, .., and Somkuti, S.G. (1995) Defective endometrial receptivity: an under-appreciated cause of idiopathic recurrent pregnancy loss. 51rst Annual Meeting of the American Fertility Society October 7-12, Seattle, WA. Abstract # P-054, p. S26.

Meyer, W.B., Novotny, D.B., Wolf, L.J., Somkuti, S.G., Lessey, B.A. And Fritz, M.A. (1996) Effects of controlled ovarian hyperstimulation on endometrial maturation in oocyte donors. J. Soc. Gynecol. Invest. 3; P...

Lessey, B.A., Castelbaum, A.J., Somkuti, S.G., Harris, J., Sun, J., Young, S.L., and Wolf, L. (1996) Improvement on pregnancy rates with GnRH agonist in women with infertility, minimal, or mild endometriosis and aberrant $\alpha v\beta 3$ expression. 52nd Annual Meeting of the American Fertility Society November 2-6, Boston, MA Abstract # O-165, p. S82.

Meyer, W.B., Beyler, S., Baker, T., Somkuti, S., Lowden, D., and Grainger, D. (1998) The value of post hCG estradiol in predicting pregnancy in assisted reproductive technologies. 54th Annual Meeting of the American Fertility Society October 4-9, San Francisco, CA Abstract # P-089, p. S154.

Wachtel, S., Somkuti, S.G., Jackson, L, DiGeorge, A., Senzon, S., and Schinfeld, J. (1998) Monozygotic twins of opposite sex. Annual Meeting of the American Society of Genetics, Denver, CO.

Yudis, M., Ghantous, V., Sirota, R., Stein, H., Snipes, E., Gronich, J., Collins, D., Schinfeld, J., and Somkuti, S. (2000) Peritoneal drainage for refractory reproductive ascites and oliguric acute renal failure secondary to ovarian hyperstimulation syndrome- a probable abdominal compartment syndrome. Annual Meeting of the American Society of Nephrology JSAN 11:136A.

Marshall, D.C., Webster, B.B., Najmabadi, S., Dickey, R.P., Crain, J.L., Somkuti, S.G., Magarelli, P., Elkind-Hirsch, K., and Steinkampf, M.J. (2002) Highly Purified (HP) Repronex SC and HP-Repronex IM are as effective as Repronex SC in a prospective randomized clinical trial evaluating controlled ovarian hyperstimulation (COH) in patients undergoing in vitro fertilization (IVF). Fert Steril 77(4):suppl 3 S15.

BOOK CHAPTERS, REVIEWS and LETTERS

Steege, J.F., Stout, A.L., and Somkuti, S.G. (1993) Chronic Pelvic Pain in Women: Toward an integrative model. Obstet. Gynecol. Survey 48(2): 95-110.

Somkuti, S.G. (1993) Part I. Contraception: New Progestins. Curr. Pract. Obstet. Gynecol. 13(4):2.

Somkuti, S.G. (1994) Part II. Contraception: New Progestin Delivery Systems. Curr. Pract. Obstet. Gynecol. 14(1):6.

Meyer, W. F. and Somkuti, S.G. (1994) Galactose and Ovarian Physiology. Seminars in Reproductive Endocrinology 12(2):85-89.

Somkuti, S.G. (1995) Environmental and Behavioral Factors Associated with Decreased Female Fertility. Infertility and Reproductive Medicine Clinics of North America 6(1): 77-93.

Somkuti, S.G. and Lessey, B.L. (1995) Advances in the Assessment of Endometrial Function. Infertility and Reproductive Medicine Clinics of North America 6(2):303-328.

Somkuti, S.G. And Vieta, P.A. (1995) Reply to the Editors: Transvaginal evisceration following hysterectomy in premenopausal women: a presentation of three cases. A.J. Obstet. Gynecol. 172:1656.

Lessey, B.A., Castelbaum, A.J., Somkuti, S.G., Yuan, L., and Chwalisz, K. (1997) Clinical Significance of Integrin Cell Adhesion Molecules as Markers of Endometrial Receptivity. The Endometrium as a Target for Contraception. Ernst Schering Research Foundation Workshop 18; 193-221.

Somkuti, S.G. editor  Pearls of Obstetrics and Gynecology (2001) Boston Medical Publishing Company

Olsen, Martin E. and Somkuti S.G. Pediatric and Adolescent Gynecology in Pearls of Obstetrics and Gynecology (2001) Boston Medical Publishing Company pp.257-263.

Somkuti, S.G. Hyperandrogenism in Pearls of Obstetrics and Gynecology (2001) Boston Medical Publishing Company pp. 425-432.


MEDIA

1998: Wyeth Ayerst Laboratories Promotional video on Crinone 8% Progesterone
        Vaginal Gel use in Assisted Reproductive Technologies

1998: "Medical Answers: Infertility"  WNVT-TV Public Broadcasting System 10-11PM
        November 25th, 1998

1999: "Let's Talk Health: Infertility" WPHT 1210AM Radio Talk show March 7, 1999

1999: Channel 3 KYW TV interview on IVF March 30, 1999

1999:  KYW 1210 AM Talk Radio interview on IVF April 2, 1999


INVITED LECTURES

American Hungarian Medical Society Annual Meeting: The Male Reproductive System
as a Target of Various Toxicants, Sarasota, October 1987

American Hungarian Medical Society Annual Meeting; Recent Progress in Infertility Evaluation, Sarasota, October 1990.

American Hungarian Medical Society Annual Meeting; Treatment Approaches to the Patient With Chronic Pelvic Pain, Sarasota, October 1991.

F. Bayard Carter Society of Obstetricians and Gynecologists, 41rst Annual Meeting; Between in vivo and in vitro: stage-specific seminiferous tubule cultures as a tool in mechanistic reproductive toxicology, Charleston, October 1992.

Medical Endocrinology/Pediatric Endocrinology Conference at the University of North Carolina Memorial Hospital; Panhypopituitarism, Chapel Hill, April, 1994.

Nash General Medical Center Department of Obstetrics and Gynecology Grand Rounds; Androgen Insensitivity Syndrome, Rocky Mount, April 1994.

Memorial Mission Hospital Grand Rounds; Androgen Secreting Tumors of the Ovary, Asheville, June 1994.

New Hanover Memorial Hospital, Department of Obstetrics and Gynecology Grand Rounds; Alternatives to Hysterectomy: Update of the recent NIH conference, Wilmington, August 1994.

F. Bayard Carter Society of Obstetricians and Gynecologists, 44th Annual Meeting; Transvaginal Ultrasound Assessment of Uterine Receptivity, Durham, September 1994.

National Institutes of Environmental Health Sciences Reproductive Biology Seminar Series; Characterization of Integrin Expression in Human Endometrium, Research Triangle Park, January 1995.

Maria Parham Hospital Grand Rounds; Endocrine Etiologies of Amenorrhea, Henderson, February 1995

New Hanover Memorial Hospital, Department of Obstetrics and Gynecology Grand Rounds; Hyperprolactinemia, Wilmington, March 1995.

Lehigh University, Department of Molecular Biology Seminar, Integrins as Markers of Uterine Receptivity, March, 1995.

New Hanover Memorial Hospital, Department of Pediatrics Grand Rounds; Precocious Puberty, Wilmington, April 1995.

Jefferson Medical College, Serono Symposia USA, Insights into Infertility: Challenges and Choices, Advanced Reproductive Technologies, March 1996.

Jefferson Medical College, Serono Symposia USA, Insights into Infertility: Challenges and Choices, Ovulation Induction Strategies, March 1997

Lehigh University, Department of Molecular Biology Seminar, The Diagnostic Dilemma of Identical (monozygotic) Male/Female Twin Siblings, October, 1997.

Jefferson Medical College, Serono Symposia USA, Insights into Infertility: Challenges and Choices, Advances in In Vitro Fertilization, November 1998.

Pennsylvania Hospital, Greater Philadelphia Comprehensive OB/GYN Review Course, Spontaneous Abortion, Recurrent Abortion, and Ectopic Pregnancy, April 10, 1999.

Research Triangle Area Reproductive Endocrinologists, Towards optimizing Blastocyst Development, Chapel Hill, October 1999

University of Florida, Division of Reproductive Endocrinology, Towards optimizing Blastocyst Development, Gainesville, October, 1999

Jefferson Medical College, Assisted Reproductive Technologies Symposium, November 1999.

Pennsylvania Hospital, Greater Philadelphia Comprehensive OB/GYN Review Course, Spontaneous Abortion, Recurrent Abortion, and Ectopic Pregnancy, April 8, 2000.

Chestnut Hill Hospital, Department of Obstetrics and Gynecology Grand Rounds, Advances in ART, Chestnut Hill, May 2001

Pennsylvania Pharmacists Association, The Newest Gonadotropin Therapies, Philadelphia, July, 2002

# EXHIBIT C



**Abington Reproductive Medicine, P.C.**
Jay S. Schinfeld, M.D.
Stephen G. Somkuti, M.D., Ph.D.
Larry I. Barmat, M.D.
Minoos Hosseinzadeh, M.D.

Sidney G. Leech
Goodell, deVries, Leech and Dann, LLP
Attorneys at Law
One South St., 20th Floor
Baltimore, MD 21202

Re: Dr. Julie Lopes Stepanian vs. Bristol-Myers Squibb Company

Dear Mr. Leech:

I have reviewed the medical records on Dr. Julie Lopes Stepanian and her claim that exposure to maternal ingestion of DES in utero has caused her to have all of her gynecological and infertility complications. I am a board certified Obstetrician Gynecologist and subspecialty certified Reproductive Endocrinologist with 13 years of experience having treated thousands of patients with infertility, including those with DES exposure. I have lectured extensively on recurrent miscarriage and I have recently authored a review textbook on Obstetrics and Gynecology.

In my opinion, Dr. Stepanian has multiple known risk factors for her infertility and within a reasonable degree of medical certainty her DES exposure is an unlikely cause of her problems.

A hysteroscopy was performed on 1/7/04 and states that the uterine cavity was "grossly normal-appearing" with no "obvious areas of constriction". I have reviewed her hysterosalpingogram films from October 15, 2003 which confirm the above findings.

A note from January 27, 2004 states that Dr. Stepanian's day 3 FSH level is 13.8 on 12/29/03 and the day 10 FSH level was 10.4 on 1/5/04. This was part of the evaluation of her ovarian reserve known as the "clomiphene citrate challenge test". Her test result indicates diminished ovarian reserve. A note from Dr. Fox on 7/26/2005 states the patient has a "history of diminished ovarian reserve". Her FSH levels indicate that her chances of taking home a baby in her arms are significantly less when compared to women with normal FSH levels (less than 10). This result appropriately triggered her to have an aggressive fertility treatment regimen prescribed to her in the form of high dose injectable gonadotropins and inseminations followed by IVF. In fact, Dr. Fox recommends a stimulation with "Cetrotide 4/4 sweetened stimulation", a very high dose regimen designed for use in women with diminished ovarian reserve. A note from 8/19/05 by Dr. Fox reiterates the appropriate therapy for her involves IVF and ICSI. She

ultimately undergoes IVF in October of 2005 with three oocytes collected two fertilized and the two embryos transferred with a resulting pregnancy.

Mr. Stepanian has been diagnosed with a low sperm count, a lower than normal motility and a high percentage of abnormal appearing sperm. These low sperm parameters, confirmed on multiple analyses, contribute significantly to infertility. In fact, a note from January of 2004 states the couple was informed they have male factor teratospermia (abnormal morphology) and were told to consider IVF and ICSI (injection of the sperm into the egg). They received proper treatment for this situation with injectable gonadotropins and artificial inseminations followed by IVF with ICSI which ultimately resulted in a successful pregnancy and delivery of a full term 6lb 12 oz (38 3/7 weeks) healthy male infant.

In summary, Dr. Stepanian has had a full term pregnancy with the delivery of a healthy child. Her diminished ovarian reserve, normal uterine anatomy, advanced maternal age, and male factor infertility all argue for alterative explanations for her reproductive situation.

I remain available for further review. I am willing to give depositions and testify at trial at an hourly rate of $600/hr.

Sincerely yours,

Stephen G. Somkuti MD, Ph.D.
Director, The Toll Center for Reproductive Sciences and
Clinical Assistant Professor of Obstetrics and Gynecology
Jefferson Medical College

# EXHIBIT D

CURRICULUM VITAE

## LEONARD J. LERNER, PH.D.

| | |
|---|---|
| OFFICE ADDRESS | Department of Biochemistry and Molecular Pharmacology |
| | Jefferson Medical College |
| | Thomas Jefferson University |
| | 1020 Locust Street |
| | Philadelphia, PA 19107 |
| | Tel: (215) 503-5563 |
| | |
| HOME ADDRESS | C-5 Windsor Castle |
| | Cranbury, NJ 08512 |
| | Tel: (609) 448-5191 |
| | |
| PLACE OF BIRTH | New Jersey, USA. |

EDUCATION

| 1954 | Ph.D. | Rutgers University, Graduate School, New Brunswick, N.J. |
|---|---|---|
| 1953 | M.S. | Rutgers University, Graduate School, New Brunswick, N.J. |
| 1951 | B.A. | Rutgers University, Newark Colleges of Arts and Sciences, Newark, N.J. |
| 1950 | | New York University, Graduate School of Arts and Sciences, New York, N.Y. |
| 1943 | B.S. | Rutgers University, College of Pharmacy, Newark, N.J. |

SPECIAL POST-GRADUATE TRAINING

Pathology, University of Cincinnati Medical School; Administration and Management courses taught by faculty from Columbia University and Others.

PAST AND PRESENT AREAS OF RESEARCH INTEREST

Reproductive Physiology, Adrenal Physiology, Endocrine Cancer, Hormone Antagonism, Nutrition-Endocrine Interrelationships, Central Nervous System-Hormonal and Behavioral Interrelationships, Neuroendocrinology, Growth and Development Physiology, Prenatal and Postnatal Hormonal Balance, Gerontology, Atherosclerosis, Hypocholesterol and Lipid Regulating Agents, Hypoglycemic Agents, Anti-Inflammation, Drug Activity as Related to Pharmaceutical Vehicle, Veterinarian Endocrinology, Diabetes and Hormone Receptors, Insulin and Cardiac Calcium.

MAJOR ACCOMPLISHMENTS IN DRUG RESEARCH

First anti-estrogens leading to drugs used to induce ovulation in the treatment of infertility and for in vitro fertilization, for treatment of breast and uterine cancers, and for altering blood lipids in cardiovascular disease.

First anti-androgens leading to drugs used to treat prostatic carcinomas, benign prostatic hypertrophy, hirsutism and acne.

Development of potent steroidal and non-steroidal anti-inflammatory drugs used orally, parentally and topically.

First injectable long-acting anti-inflammatory corticoid

First injectable long-acting steroidal contraceptive and progestational agent.

First multiphasic oral contraceptive.

Aromatase enzyme (estrogen synthatase) inhibitor.

First agents to inhibit prostaglandin metabolism.

## MEMBERSHIP IN SCIENTIFIC SOCIETIES

Endocrine Society
American Association for the Advancement of Science (Fellow)
American Physiology Society
New York Academy of Sciences (Fellow)
American Association for Cancer Research
Sigma Xi
American Society for Pharmacology and Experimental Therapeutics
American Fertility Society
The International Society for Research in the Biology of Reproduction
Society for the Study of Reproduction
Society for Experimental Biology and Medicine
International Study Group for Steroid Hormones

## SPECIAL SCIENTIFIC ACTIVITIES

Member of Special Review Committee of the National Cancer Institute

Chairman, Section on Biological and Medical Sciences, New York Academy of Sciences

Vice-Chairman, Section on Biological and Medical Sciences, New York Academy of Sciences

Member of Bureau of Biological Research of Rutgers University

Member of National Cancer Institute, Breast Cancer Task Force

Member of WHO Task Force on Methods for Regulation of Ovum Transport

Member of WHO Task Force on Pharmacological Models

Member of Special Panel Reviewing Biological and Pharmacological Activities of Progestational Drugs for the Food and Drug Administration

Chairman of Guidelines Committee on Long Term Drug Surveillance

Member of Organizing Committee of International Conference on Prostaglandins, Florence, Italy

Members of Organizing Committee of the Italian Group of New York Academy of Sciences

Member of the Steering Committee of the International Study Group for Steroid Hormones

Member of International Committee, Steering Committee and Program Committee of International Study Group for Steroid Hormones Annual Conferences

Member of the Program Committee of 78th Annual Meeting of the American Association for Cancer Research

Member of the Animal Care and Experimentation Committee of the Society for the Study of Reproduction

Member of the New York Academy of Sciences Advisory Panel of the Animal Research Committee

Liaison between the above two committees

Organizer of an International Meeting on Animals in Research

Member of the Scientific Advisory Board, First International Symposium on Hormonal Carcinogenesis, Cancun, Mexico 1991

Reviewer of grant proposals for U.S. Dept. of Agriculture, studies in reproduction

Chairman on Committee of Professional Education, American Diabetes Association New Jersey Affiliate

Member of the Board of Directors, American Diabetes Association New Jersey Affiliate

Member of the Concept Review Committee of N.I.H. National Cancer Institute and National Heart Lung and Blood Institute (Long Term Treatment with Tamoxifen as a Prophylaxis Against Breast Cancer, Osteoporosis and Cardiovascular Disorders)

Member of Special Review Committee of National Cancer Institute (Long Term Treatment Comparison of Tamoxifen and Raloxifene as Prophylaxis Against Breast Cancer, Osterporosis and Cardiovascular Disorders)

Member of the First International Congress on Hormonal Steroids Organizing Committee (1964)

Member of the Second International Congress on Hormonal Steroids Program Committee (1966)

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1991-pres. | Adjunct Professor, School of Nursing, University of Pennsylvania, Philadelphia, PA |
| 1990-1991 | Lecturer in Pharmacology, School of Nursing, University of Pennsylvania, Philadelphia,PA |
| 1988-pres. | Professor of Pharmacology, Department of Pharmacology, Jefferson Medical College, Thomas Jefferson University, Philadelphia, PA.  Now Department of Biochemistry and Molecular Pharmacology. |
| 1977-pres. | Research Professor, Departments of Obstetrics and Gynecology and Pharmacology, Jefferson Medical College of Thomas Jefferson University, Philadelphia, PA |
| 1971-1985 | Visiting Professor in Obstetrics and Gynecology, Hahnemann Medical School, Philadelphia, PA |
| 1971-1977 | Director, Department of Endocrinology, Lepetit Research Laboratories, Gruppo Lepetit S.P.A., Milano, Italy.  Now Sanofi-Adventis. |
| 1965-1970 | Director, Department of Endocrinology, Squibb Institute for Medical Research, New Brunswick, NJ |
| 1958-1965 | Section Head of Endocrinology, Squibb Institute for Medical Research, New Brunswick, NJ |
| 1954-1958 | Section Head in Endocrine Research, William S. Merrell Company, Cincinnati, Ohio |

## TEACHING

Endocrine Pharmacology in the Medical Pharmacology course for medical students at The Thomas Jefferson University (1977-1992)

Drug discovery and development lecture in the General Pharmacology course for graduate students at The Thomas Jefferson University (1979-1987)

Female and Fetal Pharmacology course for graduate students in the School of Nursing, University of Pennsylvania.  Course organizer and lecturer (1990-present)

Physiology of Pregnancy and the Fetus course for graduate students in the School of Nursing, University of Pennsylvania.  Course organizer and lecturer (1992-present)

Maternal and Fetal Response to Drug Treatment During Pregnancy and Lactation lecture to continuing education students in the School of Nursing, Rutgers University (1996)

Long Term Hormone Replacement Treatment and Osteoporosis lecture to Pharmacist Associations continuing education course in a number of locations in Pennsylvania and New Jersey (1991-1993)

Pathophysiology of Diabetes lectures in a continuing education course for nurses, pharmacists, nutritionists and other health providers sponsored by the American Diabetes Association and the University of Pennsylvania (1979-1991) presented throughout the United States

Pharmacology of Diabetes Drugs lectures in a continuing education course for nurses, pharmacists, nutritionists and other health providers, sponsored by the American Diabetes Association and the University of Pennsylvania (1979-1991) presented in various locations in the United States

CONSULTANT

World Health Organization, Geneva, Switzerland

Food and Drug Administration

Scientific Advisory Board of Progenics, Inc.

NCI-CIDAC Cancergram-Organ Site Carcinogenesis: Reproductive Tract

International and national pharmaceutical companies:  Squibb, Johnson and Johnson, Pitman-Moore, Mead-Johnson, Parke Davis, Bristol Myers, Imperial Chemical Corporation, Lepetit, Dow Chemical, Montedison Chemical, Farmitalia Carlo Erba and others.

EDITORIAL BOARDS

1966-1986    Steroids
1986-1972    Transactions of the New York Academy of Sciences
1988-1992    The Office Nurse

AWARDS AND HONORS

1963    Invited Lecturer at Laurentian Hormone Conference (Recent Progress in Hormone Research)
1963    Elected Fellow of The American Association for the Advancement of Science
1968    Elected Fellow of The New York Academy of Sciences
1987    Cover subject of "Cancer Research", Vol 45, March 1
1989    Recipient of Eighth Cain Memorial Award, 80th Annual meeting of the American Association for Cancer Research, San Francisco, Calif. May 24-27

CO-EDITOR

"Research on Steroids", Vol. VI(1975), Vol. VII(1977) North Holland Press (Amsterdam); and Vol. VIII (1978), Academic Press, London and New York

BOOK REVIEWER

"Steroids"
"International Journal of Fertility"
"Science Books" (approximately 50 reviews)

**MANUSCRIPT REVIEWER**

A number of scientific journals, annuals and books

**PUBLICATIONS**

Approximately 160 papers and chapters

**PATENTS**

Approximately 30 patents have been granted in the USA plus additional foreign patents have been issued.