UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE L. STEPANIAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-0015 (JDB) |
| v. ) | |
| ) | |
| BRISTOL-MYERS SQUIBB CO., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to the status conference held on this date and upon consideration of the entire record herein, it is hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days; and it is further

**ORDERED** that the parties shall appear for a status conference at 9:00 a.m. on April 25, 2007.

**SO ORDERED.**

/s/    John D. Bates
John D. Bates
United States District Judge

Dated:    February 20, 2007