IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIE L. STEPANIAN, et vir. | * | |
| Plaintiffs | * | |
| v. | * | Case No.: 06-CV-00015 (JDB) |
| | | Judge: John D. Bates |
| BRISTOL-MYERS SQUIBB COMPANY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Mr. Clerk:

Pursuant to the provision of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties in the above-captioned case, acting through their counsel, have reached a settlement in the above-captioned case. These parties agree to the dismissal "with prejudice" of the above-captioned case as to the only Defendant, Bristol-Myers Squibb Company.

_____
Aaron M. Levine (D.C. Bar No. 7864)
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040
*Attorneys for Plaintiff*

_____
Sidney G. Leech (D.C. Bar No. 359071)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
*Attorneys for Defendant.*
*Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of ~~February~~ March, 2007, a copy of the foregoing Stipulation of Dismissal With Prejudice was mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Steven Lewis, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

_____
Sidney G. Leech